

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 05, 2025.**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SHOREVIEW HOLDING LLC, | ) | Case No. 25-10566 (SMR) |
| | ) | |
| Debtor. | ) | Tax ID No.: 87-3168428 |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PLF SHOREVIEW LLC, | ) | Case No. 25-10571 (SMR) |
| | ) | |
| Debtor. | ) | Tax ID No.: 87-3657602 |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MDW SHOREVIEW LLC, | ) | Case No. 25-10570 (SMR) |
| | ) | |
| Debtor. | ) | Tax ID No.: 87-3658649 |

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SHOREVIEW APARTMENTS LLC, | ) | Case No. 25- 10567 (SMR) |
| | ) | |
| Debtor. | ) | Tax ID No.: 87-3176780 |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PLF SHOREVIEW MEZZ LLC, | ) | Case No. 25-10568 (SMR) |
| | ) | |
| Debtor. | ) | Tax ID No.: 87-3851270 |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MDW SHOREVIEW MEZZ LLC, | ) | Case No. 25-10569 (SMR) |
| | ) | |
| Debtor. | ) | Tax ID No.: 87-3873408 |
| | ) | |

**ORDER GRANTING MOTION FOR
JOINT ADMINISTRATION AND RELATED RELIEF**

On April 24, 2025, the Debtors filed a motion entitled *Motion for Entry of an Order (I) Directing Joint Administration of the Chapter 11 Cases and (II) Granting Related Relief* in the above styled and numbered chapter 11 cases seeking joint administration of such cases (the "Motion"). The Court finds that notice was proper and that no party in interest made any response in opposition to the Motion or, if so, the relief requested in any such response was denied for the reasons stated on the record, and further finds that the relief requested in the Motion should be granted.

ACCORDINGLY, IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the chapter 11 cases of Shoreview Holding LLC, PLF Shoreview LLC, MDW Shoreview LLC,

313077518v3

Shoreview Apartments LLC, PLF Shoreview Mezz LLC, and MDW Shoreview Mezz LLC be jointly administered in accordance with the terms of this Order, as follows:

(1) Nothing contained in this Order shall be construed as directing or otherwise effecting a substantive consolidation of the bankruptcy cases of the Debtors; it is the Court's intention to jointly administer the bankruptcy cases of the Debtors for procedural purposes only;

(2) Shoreview Holding LLC, PLF Shoreview LLC, MDW Shoreview LLC, Shoreview Apartments LLC, PLF Shoreview Mezz LLC, and MDW Shoreview Mezz LLC are to be jointly administered under Case No. 25-10566 (SMR);

(3) Judge Shad Robinson shall preside over these jointly administered cases;

(4) The joint caption of the Shoreview Holding LLC, PLF Shoreview LLC, MDW Shoreview LLC, Shoreview Apartments LLC, PLF Shoreview Mezz LLC, and MDW Shoreview Mezz LLC cases shall read as shown in attached **Exhibit A**;

(5) All original pleadings shall be captioned as set out above and all original docket entries shall be made in the case of Shoreview Holding LLC, Case No. 25-10566 (SMR);

(6) All proofs of claim shall be filed under the case number representing the Debtor's estate against which the claim is made;

(7) A docket entry shall be made in each of the Debtors' cases substantially as follows: *An order has been entered in this case directing joint administration of the chapter 11 cases of: Shoreview Holding LLC, Case No. 25-10566; PLF Shoreview LLC, Case No. 25-10571; MDW Shoreview LLC, Case No. 25-10570; Shoreview Apartments LLC, Case No. 25-10567; PLF Shoreview Mezz LLC, Case No. 25-10568; and MDW Shoreview Mezz LLC, Case No. 25-10569. The docket in the chapter 11 case of Shoreview Holding LLC, Case No. 25-10566, should be consulted for all matters affecting this case.*

(8) Each of the Debtors shall (a) file separate monthly operating reports; (b) maintain separate financial accounts and records; (c) not be liable for the claims against any of the Debtors by virtue of this Order; and (d) file separate Bankruptcy Schedules and Statements of Financial Affairs;

(9) Debtors shall file a master service list in Shoreview Holding LLC, Case No. 25-10566 (SMR) which includes all creditors, persons filing Notices of Appearances, and all parties-in-interest in all the debtors' jointly administered cases for future noticing requirements; and

(10) This order shall be served by the debtor on interested parties and all parties included on the master service list.

###

Prepared by:

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Stephen J. Humeniuk*
Daniel Durell (Tex. Bar No. 24078450)
Stephen J. Humeniuk (Tex. Bar No. 24087770)
300 Colorado St., Suite 2100
Austin, TX 78701
T: (512) 305-4700
F: (512) 305-4800
daniel.durell@troutman.com
stephen.humeniuk@troutman.com

Michael A. Sabino (*pro hac vice* forthcoming)
875 Third Avenue
New York, NY 10022
T: (212) 704-6000
F: (212) 704-6288
Email: michael.sabino@troutman.com

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

313077518v3

**EXHIBIT A**

**JOINTLY ADMINISTERED CASES CAPTION**

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SHOREVIEW HOLDING LLC, *et al.*,[1] | ) ) ) | Case No. 25-10566 |
| Debtors. | ) ) ) | (Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Shoreview Holding LLC (8428), PLF Shoreview LLC (7602), MDW Shoreview LLC (8649), Shoreview Apartments LLC (6780), PLF Shoreview Mezz LLC (1270), and MDW Shoreview Mezz LLC (3408). The notice address for the Debtors is 9050 N. Capital of Texas Hwy., Bldg. 3 Suite 320, Austin, Texas 78759.

313077518v3