**Fill in this information to identify the case:**

Debtor name  Shoreview Holding LLC

United States Bankruptcy Court for the: Western  District of Texas
(State)

Case number (If known):  25-10566

❑ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
Copy line 88 from *Schedule A/B*..................................................................  $ 65,170,000

    1b. **Total personal property:**
Copy line 91A from *Schedule A/B*...............................................................  $ 67,426,605.18

    1c. **Total of all property:**
Copy line 92 from *Schedule A/B*.................................................................  $ 67,426,605.18

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..............................................  $ 51,100,000

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................................  $ 0

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................................  + $ 211,999.99

4. **Total liabilities**...................................................................................  $ 51,311,999.99
Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name _Shoreview Holdings LLC_

United States Bankruptcy Court for the: _Western_ District of _Texas_
(State)

Case number (If known): _25-10566_

☐ Check if this is an amended filing

<u>Official Form 206A/B</u>

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $ _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Flagstar Bank | DACA | 9926 | $ 478,394.62 as of 4/24/2025 |
| 3.2. | Wells Fargo | CMA (lender controlled) | 7313 | $ 1,218,969.29 |

4. **Other cash equivalents** *(Identify all)*

| | | | | |
|---|---|---|---|---|
| 4.1. | Bank of America | Operating Account | 6881 | $ 18,460.81 |
| 4.2. | Bank of America | Tenant Security Deposit | 6894 | $ 59781.50 |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.  $ 1,775,606.22

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | | $ _____ |
| 7.2. | Utility Deposit | $ 22,742.00 |

Debtor  Shoreview Holdings LLC
Name

Case number *(if known)* 25-10566

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Prepaid Insurance 4/30/25 BS _____  $ 167,336.05

8.2. Prepaid Expenses _____  $ 2520.42

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.  $ 192,598.47
as of 04/24/2025

---

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 11a. 90 days old or less: | _____ face amount | – | _____ doubtful or uncollectible accounts | = ........➔ $ .49 |
| 11b. Over 90 days old: | 0.00 face amount | – | _____ doubtful or uncollectible accounts | = ........➔ $ 0 |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.  $ .49

---

**Part 4:   Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1. _____ | _____ | $ _____ |
| 14.2. _____ | _____ | $ _____ |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity: | % of ownership: | |
| 15.1. _____ | _____% | _____ | $ _____ |
| 15.2. _____ | _____% | _____ | $ _____ |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| 16.1. _____ | _____ | $ _____ |
| 16.2. _____ | _____ | $ _____ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.  $ _____

Debtor  Shoreview Holdings LLC
_____
Name

Case number *(if known)*  25-10566
_____

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

Debtor  Shoreview Holdings LLC
        Name

Case number *(if known)* 25-10566

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** see attached list | $_____ | fair market value | $ 273,400 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 273,400

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor _____Shoreview Holdings LLC_____  Case number *(if known)* __25-10566_____
　　　　　　Name

---

**Part 8:**　Machinery, equipment, and vehicles

46.　**Does the debtor own or lease any machinery, equipment, or vehicles?**

　　☐　No. Go to Part 9.

　　☑　Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

47.　**Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48.　**Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49.　**Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50.　**Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Trash Compactor Model ACE E 34  '2020 | $_____ | fair market value | $ 15,000.00 |

51.　**Total of Part 8.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$ 15,000.00

　　Add lines 47 through 50. Copy the total to line 87.

52.　**Is a depreciation schedule available for any of the property listed in Part 8?**

　　☑　No

　　☐　Yes

53.　**Has any of the property listed in Part 8 been appraised by a professional within the last year?**

　　☑　No

　　☐　Yes

---

Debtor  Shoreview Holdings LLC
_____
Name

Case number *(if known)* 25-10566

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 1161 3rd Ave E Bradenton, FL 34208 | TIC owner | $ 68,600,000 | BOV | $ 95% |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 65,170,000

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☑ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$

Debtor  Shoreview Holdings LLC
_____
       Name

Case number (if known)_25-10566_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

❑ No

❑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

❑ No

❑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

❑ No

❑ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

❑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➔   $_____
                                Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____   $_____
_____    Tax year _____   $_____
_____    Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 0_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

❑ No

❑ Yes

Debtor      Shoreview Holdings LLC
                Name

Case number (if known)   25-10566

---

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 1,775,606.22 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 192,598.47 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ .49 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 0 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 273,400 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 15,000.00 | |
| 88. **Real property.** Copy line 56, Part 9. ................................➜ | | $ 65,170,000 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 0 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ 0 | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 67,426,605.18 | **+** 91b. $ 0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................   $ 67,426,605.18

**Fill in this information to identify the case:**

Debtor name  SHOREVIEW HOLDING LLC

United States Bankruptcy Court for the:  WESTERN  District of  TEXAS
(State)

Case number (If known):  25-10566

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

Creditor's name
PRIME FINANCE SHORT DURATION HOLDING COMPANY VII, LLC

Describe debtor's property that is subject to a lien
MULTI-FAMILY REAL ESTATE     $ 51,100,000     $ 68,600,000

Creditor's mailing address
155 N. WACKER DR STE 3600
CHICAGO, IL 60606

Describe the lien
MORTGAGE LIEN

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred    12/15/2021
Last 4 digits of account number    0378

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

Creditor's name

Describe debtor's property that is subject to a lien
$_____     $_____

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred
Last 4 digits of account number    __ __ __ __

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines ____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 51,100,000

Debtor _____SHOREVIEW HOLDING LLC_____  Case number (*if known*)_____25-10566_____

Name

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__**

**Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____  $_____  $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.__**

**Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____  $_____  $_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | SHOREVIEW HOLDING LLC | Case number (if known) | 25-10566 |
|---|---|---|---|
| | Name | | |

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor __Shoreview Holding LLC__

United States Bankruptcy Court for the: __Western__ District of __Texas__
(State)

Case number __25-10566__
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3** Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor _____
    Shoreview Holding LLC
    Name

Case number *(if known)* __25-10566__

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2._**   Priority creditor's name and mailing address

    $_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._**   Priority creditor's name and mailing address

    $_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._**   Priority creditor's name and mailing address

    $_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._**   Priority creditor's name and mailing address

    $_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor _____Shoreview Holding LLC_____
          Name

Case number (if known) _____25-10566_____

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|--|--|--|

**3.1**
**Nonpriority creditor's name and mailing address**
4 Walls Inc.

P.O. Box 248

Narberth, PA 19072

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 1,196.00

**Date or dates debt was incurred**  Jan - Apr 2025
**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2**
**Nonpriority creditor's name and mailing address**
Alert 360

2448 E 81st St - 42nd Floor

Tulsa, OK 74137-4330

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 197.79

**Date or dates debt was incurred**  Nov 2024
**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3**
**Nonpriority creditor's name and mailing address**
Ally Waste Services, LLC

2509 S. Power Rd, Ste 101     325 S Higley Rd, Ste 120

Gilbert, AZ 85296              Gilbert, AZ 85296

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 13,117.33

**Date or dates debt was incurred**  Sep 2024 - Apr 2025
**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.4**
**Nonpriority creditor's name and mailing address**
Audio Video Partners LLC

6301 Porter Rd, Suite 8

Sarasota, FL 34240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 1,475.99

**Date or dates debt was incurred**  Jan 2025
**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.5**
**Nonpriority creditor's name and mailing address**
Camp Construction Services

15139 S Post Oak Rd

Houston, TX 77053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 950.00

**Date or dates debt was incurred**  Feb - Mar 2025
**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.6**
**Nonpriority creditor's name and mailing address**
Casoro Group

9050 N. Capital of TX Hwy, Suite 320

Austin, TX 78759

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 6,860.01

**Date or dates debt was incurred**  Jan - Feb 2025
**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.7** Nonpriority creditor's name and mailing address

Century/AAA DBA: AAA Supply

590 West 84 Street

Hialeah, FL 33014

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 1,675.81

Date or dates debt was incurred    Jan - Apr 2025

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

Chadwell Supply, Inc.

PO Box 105172        5115 Joanne Kearny Blvd
Atlanta, GA 30348     Tampa, FL 33619

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 3,410.02

Date or dates debt was incurred    Jan - Apr 2025

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

Cintas Fire Protection (Cintas Corporation)

6800 Cintas Blvd       PO Box 636525
Mason, OH 45263        Cincinnati, OH 45263

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 10,616.78

Date or dates debt was incurred    Feb - Mar 2025

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

CommTow        (CommTow LLC)

4821 US Hwy 19     1301 29th Ave W
Palmetto, FL 34221   Bradenton, FL 34205

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 75.00

Date or dates debt was incurred    Nov 2024 - Mar 2025

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

Controlled Entry Distributors, Inc Dba Community Controls

2480 Sount 3850 West, Suite A

Salt Lake City, UT 84120

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 240.75

Date or dates debt was incurred    Jan - Feb 2025

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.12**   **Nonpriority creditor's name and mailing address**

CoStar Realty Information, Inc.

2563 Collection Center Dr

Chicago, IL 60693

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 8,076.00

**Basis for the claim:** _____

Date or dates debt was incurred   June - Sep 2024

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.13**   **Nonpriority creditor's name and mailing address**

CredBuild

1101 W 34th St     1809 Pearl St

Austin, TX 78705     Austin, TX 78701

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.00

**Basis for the claim:** _____

Date or dates debt was incurred   Feb - Apr 2025

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.14**   **Nonpriority creditor's name and mailing address**

Crown Roofing LLC

240 Field End St

Sarasota, FL 34240

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,878.00

**Basis for the claim:** _____

Date or dates debt was incurred   Nov 2024

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.15**   **Nonpriority creditor's name and mailing address**

EPLUS Services LLC

30103 Skylark Dr

Wesley Chapel, FL 33545

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,700.00

**Basis for the claim:** _____

Date or dates debt was incurred   Jan - Apr 2025

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.16**   **Nonpriority creditor's name and mailing address**

Ferguson Enterprises, Inc.

12500 Jefferson Ave

Newport News, VA 23602

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 779.12

**Basis for the claim:** _____

Date or dates debt was incurred   Jan - Mar 2025

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor  Shoreview Proofing LLC
_____
Name

Case number *(if known)*  25-10566

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.17** | Nonpriority creditor's name and mailing address
Flanagan Bilton, LLC

1 N La Salle St, Ste 2100

Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 28,126.21

**Basis for the claim:** _____

Date or dates debt was incurred   Feb – Mar 2025

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address
Sherwin Williams (Flooring)

101 W Prospect Ave

Cleveland, OH 44115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,086.59

**Basis for the claim:** _____

Date or dates debt was incurred   Feb – Apr 2025

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address
GE Appliances

4000 Buechel Bank Rd    PO Box 640025

Louisville, KY 40225    Pittsburgh, PA 15264

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 753.59

**Basis for the claim:** _____

Date or dates debt was incurred   Nov 2024 – Apr 2025

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address
Glass Doctor of Tampa Bay

PO Box 271429

Tampa, FL 33688

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 872.00

**Basis for the claim:** _____

Date or dates debt was incurred   Jan 2025

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address
Group Fenix LLC

9024 Hogans Bend

Tampa, FL 33647

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,515.00

**Basis for the claim:** _____

Date or dates debt was incurred   Feb – Apr 2025

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Shoreview Holding LLC | Case number (if known) | 25-10566 |
|--------|----------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address
HD Supply Facilities Maintenance, LTD.

3400 Cumberland Blvd SE

Atlanta, GA 30339

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 1,388.78

Date or dates debt was incurred   Jan - Mar 2024

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address
Horticultural Management Industries

PO Box 1374

Brandon, FL 33509

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 1,581.00

Date or dates debt was incurred   Feb - Mar 2025

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address
I4 Waste Valet & Recycling "L.L.C"

7802 Kingspointe Pkwy 209

Orlando, FL 32819

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 800.00

Date or dates debt was incurred   Jun - Jul 2024

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address
ICO Companies, Inc. DBA ICO Uniforms

1605 NW 159 St

Miami Gardens, FL 33169

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 91.59

Date or dates debt was incurred   Mar 2025

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address
JobCall, Inc.

630 Bridgepoint Pkwy, Suite 500

Austin, TX 78730

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 762.00

Date or dates debt was incurred   Nov 2024 - Apr 2025

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.27** Nonpriority creditor's name and mailing address

Kings III of America, Inc.

751 Canyon Dr, Suite 100

Coppell, TX 75019

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred ___Dec 2024___
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,088.73

---

**3.28** Nonpriority creditor's name and mailing address

Landlord Legal P.A.

927 Washington St

Hollywood, FL 33019

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred ___Jan 2025___
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,003.00

---

**3.29** Nonpriority creditor's name and mailing address

Leaselock Insurance Services, Inc.

5050 Quorum Dr, Suite 700

Dallas, TX 75254

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred ___Apr 2025___
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,532.32

---

**3.30** Nonpriority creditor's name and mailing address

Leaselock, Inc.

480 Washington Blvd

Marina Del Ray, CA 90292

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred ___Apr 2025___
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 611.51

---

**3.31** Nonpriority creditor's name and mailing address

LIVunLtd (Fomer Heartline Fitness Systems)

7520 Standish Pl, Suite 250

Rockville, MD 20855

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred ___Nov 2024 - Apr 2025___
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,050.00

| Part 2: | Additional Page | Amount of claim |
|---------|-----------------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.32**   **Nonpriority creditor's name and mailing address**
Matrix Turnkey, Inc.

PO Box 4124
Brandon, GL 33509

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**   Jan - Apr 2025
**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 5,358.00

---

**3.33**   **Nonpriority creditor's name and mailing address**
McCarthy, Rose & Mills, LLP

3001 Dallas Pkwy Suite 750
Frisco, TX 75034

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**   Apr 2025
**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 15,150.00

---

**3.34**   **Nonpriority creditor's name and mailing address**
Elise AI Technologies Corp Dba MeetElise

PO Box 8084
Carol Stream, IL 60197

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**   Jan - Apr 2025
**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 2,138.40

---

**3.35**   **Nonpriority creditor's name and mailing address**
Michael's Fence

2523 W Knollwood St
Tampa, FL 33614

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**   Mar 2025
**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 6,550.00

---

**3.36**   **Nonpriority creditor's name and mailing address**
National Apartment Association

PO Box 716450
Philadelphia, PA 19171

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**   Mar 2025
**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 1,103.84

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.37**  Nonpriority creditor's name and mailing address
National Exemption Service, LLC

604 Packard Court, Suite A

Safety Harbor, FL 34695

Date or dates debt was incurred    June 2024

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 387.96

---

**3.38**  Nonpriority creditor's name and mailing address
Not1bug Pest Solutions

4880 Windsor Landing Unit 109

Fort Meyers, FL 33966

Date or dates debt was incurred    Feb - Apr 2025

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 673.92

---

**3.39**  Nonpriority creditor's name and mailing address
Parcel Pending, Inc.

PO Box 123689, Dept 3689

Dallas, CA 75312

Date or dates debt was incurred    Dec 2024 - Mar 2025

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 679.03

---

**3.40**  Nonpriority creditor's name and mailing address
Precision Gate & Security, Inc.

350 W Venice Ave. #153

Venice, FL 34285

Date or dates debt was incurred    Feb 2025

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 5,123.21

---

**3.41**  Nonpriority creditor's name and mailing address
ProofUp

1101 W 34th St, PO Box 301

Austin, TX 78705

Date or dates debt was incurred    Apr 2024 - Apr 2025

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 326.60

---

Debtor _____
Name

Case number (if known) __25-10566__

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.42** Nonpriority creditor's name and mailing address

Radix Software, Inc.

7150 E Camelback Rd Suite 333

Scottsdale, AZ 85215

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred   Nov 2024 - Apr 2025

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 658.80

---

**3.43** Nonpriority creditor's name and mailing address

Rentable

PO Box 7640

Madison, WI 53707

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   Feb - Apr 2025

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 124.89

---

**3.44** Nonpriority creditor's name and mailing address

ResMan LLC

2035 Lakeside Centre Way, Ste 250

Knoxville, TN 37922

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   March 2025

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 117.00

---

**3.45** Nonpriority creditor's name and mailing address

Right Way Elevator Maintenance

9790 16th St North St

St. Petersburg, FL 33716

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   Dec 2024 - Apr 2025

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,201.47

---

**3.46** Nonpriority creditor's name and mailing address

SafeRent Solutions, LLC

4600 Regent Blvd, Ste 150

Irvine, TX 75063

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   Jan - Apr 2025

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 759.82

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**347**   **Nonpriority creditor's name and mailing address**

Same Day Plumbng & Air Professional Corp

4813 73rd st E

Palmetto, FL 34221

**Date or dates debt was incurred**    Jan - Feb 2025

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 1,428.00

---

**348**   **Nonpriority creditor's name and mailing address**

Sapphire Cleaning LLC

1014 24th St E

Palmetto, FL 34221

**Date or dates debt was incurred**    Feb - Apr 2025

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 13,210.00

---

**349**   **Nonpriority creditor's name and mailing address**

Sprinklermatic Fire Protection Systems, Inc.

4740 Davie Rd

Davie, FL 33314

**Date or dates debt was incurred**    Dec 2024

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 1,590.00

---

**350**   **Nonpriority creditor's name and mailing address**

Staples Business Advantage

PO Box 660409

Dallas, TX 75266

**Date or dates debt was incurred**    Dec 2024 - Mar 2025

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 584.56

---

**3.51**   **Nonpriority creditor's name and mailing address**

Street Digital Media LLC

1008 Burnside Ln NW

Atlanta, GA 30318

**Date or dates debt was incurred**    Feb - Apr 2025

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 3,750.00

---

Debtor ___Shoreview Holding LLC_____ Case number *(if known)*___25-10566_____

Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.52** Nonpriority creditor's name and mailing address

Superpool Services

PO Box 110393

Bradenton, FL 34211

Date or dates debt was incurred **Jan - Mar 2025**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,049.00

---

**3.53** Nonpriority creditor's name and mailing address

The Sherwin Williams Company

PO Box 277499

Atlanta, GA 30384

Date or dates debt was incurred **Jan - Apr 2025**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,701.76

---

**3.54** Nonpriority creditor's name and mailing address

Tower Compactor Rentals, LLC

6910 E. Chauncey Ln Suite 130

***21040 N Pima Rd, Scottsdale, AZ 85255

Date or dates debt was incurred **Nov 2024 - Apr 2025**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,691.25

---

**3.55** Nonpriority creditor's name and mailing address

Valet Living, LLC

Dept 9791, PO Box 850001

Orlando, FL 32885

Date or dates debt was incurred **Feb - Sep 2024**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 11,572.56

---

**3.56** Nonpriority creditor's name and mailing address

Bryant Maxwell

Date or dates debt was incurred **Jun 2021 - Jun 2025**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 250.00

---

Debtor    Shoreview Holding LLC                                    Case number (if known)  25-10586

         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**357**  Nonpriority creditor's name and mailing address

Molly Lipovsky

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred    Jul 2024 - Jul 2025

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 750.00

**358**  Nonpriority creditor's name and mailing address

Secilia Rujawitz/Tara Rujawitz

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    Dec 2022 - May 2025

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 250.00

**359**  Nonpriority creditor's name and mailing address

Maria Leon

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    May 2024 - May 2025

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 750.00

**360**  Nonpriority creditor's name and mailing address

Nancy and Robert Brown

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    Oct 2021 - Jul 2025

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 250.00

**361**  Nonpriority creditor's name and mailing address

Jennifer Evans and Salvador Rubio

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    Nov 2023 - Aug 2025

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 750.00

Debtor  Shoreview Holding LLC
     Name

Case number *(if known)* 25-10566

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** Nonpriority creditor's name and mailing address

Evan Pilachowski and Jessica Strand

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 750.00

Basis for the claim: _____

Date or dates debt was incurred  Mar 2024 - Jul 2025

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.63** Nonpriority creditor's name and mailing address

Ambreen Haider and Joshua Kindler

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 500.00

Basis for the claim: _____

Date or dates debt was incurred  Jun 2023 - Jun 2025

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.64** Nonpriority creditor's name and mailing address

Sami Osman

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 750.00

Basis for the claim: _____

Date or dates debt was incurred  May 2024 - Jun 2025

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.65** Nonpriority creditor's name and mailing address

Aagna Patel

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 2,144.00

Basis for the claim: _____

Date or dates debt was incurred  Jun 2024 - Jun 2025

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.66** Nonpriority creditor's name and mailing address

Kelly Steward

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 2,084.00

Basis for the claim: _____

Date or dates debt was incurred  Mar 2024 - Jun 2025

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.67** Nonpriority creditor's name and mailing address

Olivia Fulton

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

Date or dates debt was incurred    Sep 2024 - May 2025

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 750.00

---

**3.68** Nonpriority creditor's name and mailing address

Ryan Julius

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    May 2024 - Jun 2025

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 750.00

---

**3.69** Nonpriority creditor's name and mailing address

Linda Kline and James Robinson

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    Jul 2023 - May 2025

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 750.00

---

**3.70** Nonpriority creditor's name and mailing address

Amanda Wirth and Connor Raible

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    Feb 2025 - Dec 2025

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,247.00

---

**3.71** Nonpriority creditor's name and mailing address

Peter Dowd, Meghan Springer, Lisa Springer-Dowd

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    Jan 2023 - Jul 2025

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 250.00

---

Debtor  Shoreview Holding LLC

Name

Case number *(if known)*  25-10566

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.72** Nonpriority creditor's name and mailing address

Carol Brown

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 750.00

**Basis for the claim:** _____

Date or dates debt was incurred   Feb 2025 - Sep 2025

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

**3.73** Nonpriority creditor's name and mailing address

Lori Boykin and Robert Forney

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 750

**Basis for the claim:** _____

Date or dates debt was incurred   Jul 2023 - Jul 2025

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

**3.___** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

**3.___** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

**3.___** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor _____Shoreview Holding LLC_____
     Name

Case number (if known)_____25-10566_____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor _____
      Name

Case number _____
        (if known)

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor _____ Case number *(if known)* _____
       Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0 |
| 5b. **Total claims from Part 2** | 5b. + | $211,999.99 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $211,999.99 |

**Schedule E/F: Creditors Who Have Unsecured Claims**

**Fill in this information to identify the case:**

Debtor name _Shoreview Holding LLC_

United States Bankruptcy Court for the: _Western_  District of _Texas_
(State)

Case number (If known): _25-10566_  Chapter _____

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Alarm Monitoring | Alert360 |
| | | | 2448 E 81st St #4200 |
| | State the term remaining | N/A | Tulsa, OK 74137 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Valet Trash Service | Ally Waste Services |
| | | | 2509 S. Power Rd,Ste 101 |
| | State the term remaining | 75 months | Gilbert, AZ 85296 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Fire Protection Services | Cintas Fire Protection |
| | | | 9318 Florida Palm Dr (Location F32) |
| | State the term remaining | N/A | Tampa, FL 33619 |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Emergency Pool Phones | Kings III Emergency Communications |
| | | | 751 Canyon Dr, Ste 100 |
| | State the term remaining | N/A | Coppell, TX 75019 |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Utility Expense Management | National Exemption Service, LLC |
| | | | 604 Packard Court, Suite A |
| | State the term remaining | N/A | Safety Harbor, FL 34695 |
| | List the contract number of any government contract | | |

Debtor  Shoreview Holding LLC
Name

Case number (if known)  25-10566

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Pest Control | Not1bug Pest Solutions |
| | | | 4880 Windsor Landing, Unit 109 |
| | | | Fort Meyers, FL 33966 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Package Management | Parcel Pending, Inc |
| | | | 478 Wheelers Farms Rd |
| | | | Millford, CT 06461 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Revenue Management | RealPage |
| | | | 2201 Lakeside Blvd |
| | | | Richardson, TX 75082 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Compactor | Tower Compactor Rentals, LLC |
| | | | 6910 E Chauncey Lane Suite 130 |
| | | | Phoenix, AZ 85054 |
| | State the term remaining | 5 months | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Property Management | ResProp Management Company LLC |
| | | | 1101 W 34th St, #323 |
| | | | Austin, TX 78705 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Asset Management | Casoro Group |
| | | | 9050 N Capital of TX Hwy, Suite 320 |
| | | | Austin, TX 78759 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Mortgage Broker Agreement | Northmarq |
| | | | 8343 Douglas Ave, Suite 600 |
| | | | Dallas, TX 75225 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          page ___ of ___

| Debtor | Shoreview Holding LLC | Case number (if known) | 25-10566 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.13**
| State what the contract or lease is for and the nature of the debtor's interest | Landscaping | Jimaguas Landscaping and Tree Service |
|---|---|---|
| State the term remaining | N/A | |
| List the contract number of any government contract | | |

**2.14**
| State what the contract or lease is for and the nature of the debtor's interest | Google Advertising | Street Digital Media LLC |
|---|---|---|
| | | 1008 Burnside Ln NW |
| | | Atlanta, GA 30318 |
| State the term remaining | N/A | |
| List the contract number of any government contract | | |

**2.15**
| State what the contract or lease is for and the nature of the debtor's interest | Property Tax Protest | Flanagan Bilton, LLC |
|---|---|---|
| | Live Local Program Application | One North LaSalle Street, Suite 2100 |
| | | Chicago, IL 60602 |
| State the term remaining | | |
| List the contract number of any government contract | | |

**2.16**
| State what the contract or lease is for and the nature of the debtor's interest | Common Area/Office Electric | Florida Power & Light (FPL) |
|---|---|---|
| | | PO Box 025576 |
| | | Miami, FL 33102 |
| State the term remaining | N/A | |
| List the contract number of any government contract | | |

**2.17**
| State what the contract or lease is for and the nature of the debtor's interest | Natural Gas | Gas South |
|---|---|---|
| | | 788 Circle 75 Pkwy |
| | | Atlanta, GA 30339 |
| State the term remaining | N/A | |
| List the contract number of any government contract | | |

**2.18**
| State what the contract or lease is for and the nature of the debtor's interest | Water/Trash | City of Bradenton |
|---|---|---|
| | | 101 12th St W |
| | | Bradenton, FL 34205 |
| State the term remaining | N/A | |
| List the contract number of any government contract | | |

**2.19**
| State what the contract or lease is for and the nature of the debtor's interest | Gas | TECO Energy, Inc. |
|---|---|---|
| | | 1898 Nuccio Pkwy |
| | | Tampa, FL 33605 |
| State the term remaining | N/A | |
| List the contract number of any government contract | | |

| Debtor | Shoreview Holding LLC | Case number *(if known)* | 25-10566 |
|---|---|---|---|
| | Name | | |

### ▉ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.20**

State what the contract or lease is for and the nature of the debtor's interest: Office Phone/Internet

State the term remaining: N/A

List the contract number of any government contract:

Charter Communications, Inc
400 Washington Blvd
Stamford, CT 06902

**2.21**

State what the contract or lease is for and the nature of the debtor's interest: Property Management Software

State the term remaining: N/A

List the contract number of any government contract:

ResMan
2901 Dallas Pkwy #200
Plano, TX 75093

**2.22**

State what the contract or lease is for and the nature of the debtor's interest: Virtual Leasing Agent

State the term remaining: N/A

List the contract number of any government contract:

Elise A.I Technologies Corp.
33 E 33rd St, 2nd Floor
New York, NY, 10016

**2.23**

State what the contract or lease is for and the nature of the debtor's interest: Elevator Maintenance

State the term remaining: 12 months

List the contract number of any government contract:

Right Way Elevator Maintenance
1343 Main Street, Suite 300
Sarasota, FL 34236

**2.24**

State what the contract or lease is for and the nature of the debtor's interest: Fitness Equipment Maintenance

State the term remaining: N/A

List the contract number of any government contract:

LIVunLtd (Fomer Heartline Fitness Systems)
9 E 40th St 7th Sl
New York, NY 10016

**2.__**

State what the contract or lease is for and the nature of the debtor's interest:

State the term remaining:

List the contract number of any government contract:

**2.__**

State what the contract or lease is for and the nature of the debtor's interest:

State the term remaining:

List the contract number of any government contract:

**Fill in this information to identify the case:**

Debtor name __SHOREVIEW HOLDING LLC__

United States Bankruptcy Court for the: __WESTERN__ District of __TEXAS__
(State)

Case number (If known): __25-10566__

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | PLF SHOREVIEW LLC | 9050 N. CAPITAL TEXAS HWY 320<br>Street<br><br>AUSTIN, TX 78759<br>City · State · ZIP Code | PRIME FINANCE SHORT DURATION HOLDING COMPANY VII, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | MDW SHOREVIEW LLC | 9050 N. CAPITAL TEXAS HWY 320<br>Street<br><br>AUSTIN, TX 78759<br>City · State · ZIP Code | PRIME FINANCE SHORT DURATION HOLDING COMPANY VII, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | MONTE LEE-WEN | 9050 N. CAPITAL TEXAS HWY 320<br>Street<br><br>AUSTIN, TX 78759<br>City · State · ZIP Code | PRIME FINANCE SHORT DURATION HOLDING COMPANY VII, LLC | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | PAUL FEIKEMA & LAUREN FEIKEMA | 8820 17TH AVENUE CIRCLE NW<br>Street<br><br>BRADENTON, FL 34209<br>City · State · ZIP Code | PRIME FINANCE SHORT DURATION HOLDING COMPANY VII, LLC | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | MEISHA WILSON | 1813 MANATEE AVE WEST<br>Street<br><br>BRADENTON, FL 34205<br>City · State · ZIP Code | PRIME FINANCE SHORT DURATION HOLDING COMPANY VII, LLC | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | Street<br><br>City · State · ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

| Debtor | SHOREVIEW HOLDING LLC | Case number *(if known)* | 25-10566 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.__ _____ | Street _____ _____ City        State        ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.__ _____ | Street _____ _____ City        State        ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.__ _____ | Street _____ _____ City        State        ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.__ _____ | Street _____ _____ City        State        ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.__ _____ | Street _____ _____ City        State        ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.__ _____ | Street _____ _____ City        State        ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.__ _____ | Street _____ _____ City        State        ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.__ _____ | Street _____ _____ City        State        ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name _____ Shoreview Holding LLC _____

United States Bankruptcy Court for the: _____ Western _____ District of Texas _____
(State)

Case number (If known): _____ 25-10566 _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/23/2025_____     ✗ _____
MM / DD / YYYY                                     Signature of individual signing on behalf of debtor

                                                              Monte Lee-Wen
                                                              _____
                                                              Printed name

                                                              Manager_____
                                                              Position or relationship to debtor