UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SHOREVIEW HOLDING, LLC et al.,[1] | ) ) ) | Case No. 25-10566 |
| Debtors. | ) ) ) | (Joint Administration Requested) |

### NOTICE OF EXPEDITED HEARING

**PLEASE TAKE NOTICE** that on July 11, 2025, the above-captioned debtor and affiliated debtors and debtors in posession (the "Debtors") filed their *Debtors' Emergency Motion For Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Establishing Plan and Disclosure Statement Objection and Reply Deadlines and Related Procedures, and (III) Approving the Combined Notice* [Docket No. 143] (the "Disclosure Statement Motion").

**PLEASE TAKE FURTHER NOTICE** that on On July 11, 2025, the Debtors filed their *Motion for Emergency Hearing on Debtors' Emergency Motion For Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Establishing Plan and Disclosure Statement Objection and Reply Deadlines and Related Procedures, and (III) Approving the Combined Notice* [Docket No. 144 ] ("Emergency Motion") seeking an expedited hearing to consider the Disclosure Statement Motion.

---

[1] The Debtors in these chapter 11 cases pending joint administration and the last four digits of each Debtor's U.S. tax identification number are as follows: Shoreview Holding LLC (8428), PLF Shoreview LLC (7602), MDW Shoreview LLC (8649), Shoreview Apartments LLC (8428), PLF Shoreview Mezz LLC (1270), and MDW Shoreview Mezz LLC (3408). The notice address for the Debtors is 9050 N. Capital of Texas Hwy., Bldg. 3 Suite 320, Austin, Texas 78759.

313654225v.1

**PLEASE TAKE FURTHER NOTICE** that a *hybrid* in-person and remote expedited hearing to consider the Disclosure Statement Motion has been scheduled to take place on **Monday July 14, 2025 starting at 3:00 p.m. (Central)** (the "Hearing") before the U.S. Bankruptcy Court for the Western District of Texas (the "Court"), Austin Division before the Hon. Shad Robinson, U.S. Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that parties in interest wishing to attend the Expedited Hearing in person may appear at the Homer J. Thornberry Federal Judicial Bldg. 903 San Jacinto Blvd., Courtroom No. 1, Austin, Texas 78701.

**PLEASE TAKE FURTHER NOTICE** that parties in interest withing to attend the Expedited Hearing remotely may appear remotely through the following access details: *https://www.zoomgov.com/my/robinson.txwb* via Zoom or Call 669-254-5252; Meeting ID: 161 0862 5245.

313654225v.1

| | |
|---|---|
| Dated: July 11, 2025. | **TROUTMAN PEPPER LOCKE LLP** |
| | */s/ Stephen J. Humeniuk* |
| | Daniel Durell (Tex. Bar No. 24078450) |
| | Stephen J. Humeniuk (Tex. Bar No. 24087770) |
| | 300 Colorado St., Suite 2100 |
| | Austin, TX 78701 |
| | T: (512) 305-4700 |
| | F: (512) 205-4800 |
| | daniel.durell@troutman.com |
| | stephen.humeniuk@troutman.com |
| | |
| | Michael A. Sabino (admitted *pro hac vice*) |
| | 875 Third Avenue |
| | New York, NY 10022 |
| | T: (212) 704-6000 |
| | F: (212) 704-6288 |
| | Email: michael.sabino@troutman.com |
| | |
| | *Proposed Attorneys for Debtors* |
| | *and Debtors in Possession* |

**CERTIFICATE OF SERVICE**

      A true and correct copy of the foregoing document was filed with the Court and served electronically on July 11, 2025 upon those parties registered to receive electronic notice via the Court's CM/ECF system or via U.S. Mail first class to the parties identified below.

**Debtors**
Norris Shoreview Holding, LLC
PLF Shoreview, LLC
MDW Shoreview, LLC
Shoreview Apartments, LLC
PLF Shoreview Mezz, LLC
MDW Shoreview Mezz, LLC

9050 N. Capital of Texas Hwy.
Bldg. 3, Suite 320
Austin, TX 78759

**U.S. Trustee**
Attn: Shane Tobin
903 San Jacinto Blvd., Room 230
Austin, TX 78701
Shane.P.Tobin@usdoj.gov

**Senior Secured Lender**
Prime Finance Short Duration Holding Company VII, LLC
c/o Arnold & Porter LLP
Attn: Benjamin Mintz and Justin Imperato
250 West 55th Street
New York, NY 10019
Benjamin.Mintz@arnoldporter.com
Justin.Imperato@arnoldporter.com

**Mezzanine Lender**
PMRP V Holdings, L.L.C.
c/o Haynes & Boone LLP
Attn: Stephen Peznosky and Jordan Chavez
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201
stephen.pezanosky@haynesboone.com
jordan.chavez@haynesboone.com

**Combined Creditor Matrix**

Ally Waste Services
2509 S. Power Rd. Ste 101
Gilbert, AZ 85296

Audio Visual Partners LLC
6301 Porter Road, Suite 8
Sarasota, FL 34240

Century / AAA DBA: AAA Supply
590 West 84 Street
Hialeah, FL 33014

Chadwell Supply, Inc.
5115 Joanne Keamy Blvd
Tampa, FL 33619

Cintas Fire Protection
PO Box 636525
Cincinnati, OH 45263-6525

City of Bradenton
Water and Sewer Department
P.O. Box 1339
Bradenton, FL 34206-1339

CoStar Realty Information, Inc.
2563 Collection Center Dr.
Chicago, IL 60693

Crown Roofing LLC
240 Field End St
Sarasota, FL 34240

EPLUS Services LLC
30103 Skylark Drive
Wesley Chapel, FL 33545

Flanagan Bilton, LLC
1 N La Salle St, Ste 2100
Chicago, IL 60602

Flooring - Sherwin Williams
101 W. Prospect Avenue
Cleveland, OH 44115

FPL Energy Services
P.O. Box 25426
Miami, FL 33102

Group Fenix LLC
9024 Hogans Bend
Tampa, FL 33647

Horticultural Management Industries
P.O. Box 1374
Brandon, FL 33509

Investcor Capital, LLC
3001 RR 620 S, Suite #324
Austin, TX 78738

Matrix Turnkey Inc.
PO Box 4124
Brandon, FL 33509

Michael's Fence
2523 W Knollwood St
Tampa, FL 33614-4373

Precision Gate & Security, Inc.
350 W Venice Ave. #153
Venice, FL 34285

ResProp Management Company, LLC
1101 W. 34th St. #323
Austin, TX 78705

Right Way Elevator Maintenance
9790 16th Street North St.
Petersburgh, FL 33716

Ryan Webster
1570 Indian Creek Rd.
Marion IA 52302

Same Day Plumbing & Air
Professional Corp
4813 73rd Street E
Plametto, FL 34221

6

Sapphire Cleaning LLC
1014 24th St E
Palmetto, FL 34221-2733

Sprinklermatic Fire Protection Systems, Inc.
4740 Davie Road
Davie, FL 33314

Street Digital Media
1008 Burnside Ln. NW
Atlanta, GA 30318

Superpool Services
P.O. Box 110393
Bradenton, FL 34211

The Sherwin Williams Company
P.O. Box 277499
Atlanta, GA 30384

Tower Compactor Rentals, LLC
6910 E. Chauncey Lane
Suite 130
Phoenix, AZ 85054

Valet Living, LLC
Dept #9791
P.O. Box 850001
Orlando, FL 32885-9791

WLD Capital LLC
1643 Nocatee Dr
Miami, FL 33133

PFP VII Sub VIII, LLC
c/o Prime Finance Partners
Attention: Steve Gerstung
155 N. Wacker Drive, Suite 3600
Chicago, IL 60606

**Additional Service Parties**

Travis County Attorney's Office
Attn: County Attorney

P.O. Box 1748
Austin, TX 78767

United States Trustee
903 San Jacinto Suite 230
Austin, TX 78701

United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

U.S. Department of Justice – All Divisions
U.S. Attorney, Civil Process Clerk
601 N.W. Loop 410 Suite 600
San Antonio, TX 78216

Texas Comptroller of Public Accounts
Revenue Accounting Division Bankruptcy Section
P.O. Box 13528 Capitol Station
Austin, TX 78711

Texas Department of Revenue
Lyndon B. Johnson State Office Building
111 East 17th Street
Austin, TX 78774

Texas Workforce Commission
TWC Bldg – Regulatory Integrity Division
101 East 15th Street
Austin, TX 78778

Prime Finance Short Duration Holding Company VII, LLC
c/o Prime Finance Partners
Attn: Steve Gerstung
155 N. Wacker Drive Suite 3600
Chicago, IL 60606

Pearlmark Attn: Mark Witt
200 West Madison Street Suite 2800
Chicago, IL 60606

Pearlmark
Attn: Douglas W. Lyons
200 West Madison Street Suite 2800

313654225v.1

Chicago, IL 60606

Pearlmark
Attn: Loan Servicing
200 West Madison Street Suite 2800
Chicago, IL 60606

Margaret Leachman
United States Attorney's Office
903 San Jacinto Blvd. Suite 334
Austin, TX 78701

Ken Paxton
Texas Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
P.O. Box 145595
MC 8420G
Cincinnati, OH 45250

Equity Yield Group
Attn: Ryan Webster
1570 Indian Creek Road
Marion, IA 52302

Drane & Freyer Limited
Attn: Timothy M. Enright
200 West Madison Street Suite 2800
Chicago, IL 60606

Cintas Corporation
c/o Steve Malkiewicz, Bankruptcy Counsel
6800 Cintas Blvd
Mason, OH  45040

Casoro Group
9050 N. Capital of Texas Hwy.
Bldg. 3 Suite 320
Austin, TX 78759

Lauren Feikema
8820 17th Avenue Circle NW
Bradenton, FL 34209

Paul Feikema
8820 17th Avenue Circle NW
Bradenton, FL 34209

Meisha Wilson
1813 Manatee Avenue West
Bradenton, FL 34205

Elena Paras Ketchum
Harley E. Riedel
Stichter Riedel Blain & Postler
110 E. Madison Street, Suite 200
Tampa, FL 33602-4700

Jameson Joseph Watts
Husch Blackwell LLP
111 Congress Ave, Suite 1400
Austin, TX 78701


                              */s/ Stephen J. Humeniuk*
                              Stephen J. Humeniuk