**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SHOREVIEW HOLDING LLC, *et al.*,[1] | ) Case No. 25-10566 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**DEBTORS' WITNESS & EXHIBIT LIST**

The above captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby files this its Witness and Exhibit List for the hearing scheduled on **Tuesday, July 22, 2025 at 3:30 p.m**.

**WITNESSES**

The Debtors may call the following witnesses at the Hearing:

1. Monte Lee-Wen, Manager of the Debtors;

2. Jamie Chronister, Proposed Financial Advisor to the Debtors;

3. Erik White, Proposed Financial Advisor to the Debtors (solely as to Docket No. 156);

4. Any witness listed or called by another party;

5. Rebuttal witnesses as necessary; and

6. Debtors reserve the right to cross-examine any witness called by any other party.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Shoreview Holding LLC (8428), PLF Shoreview LLC (7602), MDW Shoreview LLC (8649), Shoreview Apartments LLC (6780), PLF Shoreview Mezz LLC (1270), and MDW Shoreview Mezz LLC (3408). The notice address for the Debtors is 9050 N. Capital of Texas Hwy., Bldg. 3 Suite 320, Austin, Texas 78759.

1

317613109v.2

**EXHIBITS**

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 1 | Debtors' First Amended Disclosure Statement for the First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 152] | | | | | | |
| 2 | Notice of Filing of Redlines of First Amended Plan and First Amended Disclosure Statement [Docket No. 155] | | | | | | |
| 3 | Declaration of Erik White in Support of Motion for Emergency Hearing on Debtors' Emergency Application for Entry of an Order Authorizing the Employment and Retention of HMP Advisory Holdings, LLC, dba Harney Partners, as Financial Advisor to the Debtors [Docket No. 156-2] | | | | | | |
| 4 | Certificate of Service for the Combined Confirmation Hearing Notice [Docket No. 159] | | | | | | |
| 5 | Notice of Alternative Equity Restructuring [Docket No. 160] | | | | | | |
| 6 | Notice of Filing Plan Supplement, including Liquidation and Feasibility Analysis and all other exhibits thereto [Docket No. 168] | | | | | | |
| 7 | Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 170] | | | | | | |
| 8 | Notice of Filing of Redline of Second Amended Plan [Docket No. 171] | | | | | | |
| 9 | Declaration of Monte Lee-Wen in Support of Confirmation of the Debtors' | | | | | | |

2

|    |                                                                                                                                                                                                                                                                  |  |  |  |  |  |  |
|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--|--|--|--|--|--|
|    | Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 173]                                                                                                                                                       |  |  |  |  |  |  |
| 10 | Declaration of Jamie Chronister in Support of Confirmation of the Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 174]                                                                            |  |  |  |  |  |  |
| 11 | Proposed Opt-In Form for Third-Party Releases [Docket No. 175-1 at pp. 115-121]                                                                                                                                                                                  |  |  |  |  |  |  |
| 12 | Notice of Filing Second Plan Supplement, including all exhibits thereto [Docket No. 176]                                                                                                                                                                         |  |  |  |  |  |  |
| 13 | Debtors' Current Organizational Chart                                                                                                                                                                                                                            |  |  |  |  |  |  |
| 14 | Email Dated June 20, 2025 titled "Shoreview Cash Collateral"                                                                                                                                                                                                     |  |  |  |  |  |  |
| 15 | Agreed Order Granting Pearlmark's Motion for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001 and Waiver of 30-Day Hearing Requirement [Dkt. No. 126]                              |  |  |  |  |  |  |
|    | Any document or pleading filed in the above-captioned bankruptcy case                                                                                                                                                                                            |  |  |  |  |  |  |
|    | Any exhibit necessary for impeachment and/or rebuttal purposes                                                                                                                                                                                                   |  |  |  |  |  |  |
|    | Any exhibit identified or offered by any other party                                                                                                                                                                                                             |  |  |  |  |  |  |

317613109v.2

## **RESERVATION OF RIGHTS**

Debtors reserve the right to call or introduce one or more, or none, of these witnesses and exhibits listed above, and further reserves the right to supplement and/or amend this Witness & Exhibit List prior to the Hearing.

| | |
|---|---|
| Dated: July 22, 2025 | **TROUTMAN PEPPER LOCKE LLP** |
| | |
| | */s/ Stephen J. Humeniuk* |
| | Daniel Durell (Tex. Bar No. 24078450) |
| | Stephen J. Humeniuk (Tex. Bar No. 24087770) |
| | 300 Colorado St., Suite 2100 |
| | Austin, TX 78701 |
| | T: (512) 305-4700 |
| | F: (512) 205-4800 |
| | daniel.durell@troutman.com |
| | stephen.humeniuk@troutman.com |
| | |
| | Michael A. Sabino (admitted *pro hac vice*) |
| | 875 Third Avenue |
| | New York, NY 10022 |
| | T: (212) 704-6000 |
| | F: (212) 704-6288 |
| | Email: michael.sabino@troutman.com |
| | |
| | *Proposed Attorneys for Debtors* |
| | *and Debtors in Possession* |

317613109v.2

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system, as set forth below. I further certify that it has been transmitted by email on July 22, 2025, to the parties on the limited service list below.

**Debtors**
Shoreview Holding, LLC
PLF Shoreview, LLC
MDW Shoreview, LLC
Shoreview Apartments, LLC
PLF Shoreview Mezz, LLC
MDW Shoreview Mezz, LLC
9050 N. Capital of Texas Hwy.
Bldg. 3, Suite 320
Austin, TX 78759

**U.S. Trustee**
Attn: Shane Tobin
903 San Jacinto Blvd., Room 230
Austin, TX 78701
Shane.P.Tobin@usdoj.gov

**Senior Secured Lender**
Prime Finance Short Duration Holding Company VII, LLC
PFP VII SUB VIII, LLC
c/o Arnold & Porter LLP
Attn: Benjamin Mintz and Justin Imperato
250 West 55th Street
New York, NY 10019
Benjamin.Mintz@arnoldporter.com
Justin.Imperato@arnoldporter.com

**Mezzanine Lender**
PMRP V Holdings, L.L.C.
c/o Haynes & Boone LLP
Attn: Stephen Pezanosky and Jordan Chavez
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201
stephen.pezanosky@haynesboone.com
jordan.chavez@haynesboone.com

**Laura and Paul Feikema; Meisha Wilson**
Elena Paras Ketchum
Harley E. Riedel
Stichter Riedel Blain & Postler
110 E. Madison Street, Suite 200
Tampa, FL 33602-4700
eketchum@srbp.com
hriedel@srbp.com

Jameson Joseph Watts
Husch Blackwell LLP
111 Congress Ave., Suite 1400
Austin, TX 78701
Jameson.watts@huschblacwell.com

**Casoro Group**
Jennifer F. Wertz
Jackson Walker LLP
100 Congress, Suite 1100
Austin, Texas 78701
jwertz@jw.com

J. Machir Stull
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
mstull@jw.com

*/s/ Stephen J. Humeniuk*
Stephen J. Humeniuk

317613109v.2