**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SHOREVIEW HOLDING LLC, *et al.*,[1] | ) Case No. 25-10566 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**AGENDA FOR HEARING ON JULY 22, 2025**

1. **Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 170];**

   Objection Deadline: July 18, 2025 at 4:00 p.m.

   Responses/Objections Received:

   i. Objection to Confirmation of Debtors' First Amended Joint Chapter 11 Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 165; filed July 18, 2025]

   ii. Mortgage Lender's Statement in Support of Confirming the Debtors' Plan of Reorganization and Reservation of Rights [Docket No. 166; filed July 18, 2025]

   iii. Statement of Paul Feikema, Lauren Feikema, and Meisha Wilson in Support of the Entry of an Order Confirming the Debtors' First Amended Joint Plan of Reorganization [Docket No. 167; filed July 18, 2025]

   Related Documents:

   i. Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Establishing Plan and Disclosure Statement Objection and Reply Deadlines and Related Procedures, and (III) Approving the Combined Notice [Docket No. 154; filed July 15, 2025]

   ii. Notice of Filing of Redlines of First Amended Plan and First Amended Disclosure Statement [Docket No. 155; filed July 15, 2025]

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Shoreview Holding LLC (8428), PLF Shoreview LLC (7602), MDW Shoreview LLC (8649), Shoreview Apartments LLC (6780), PLF Shoreview Mezz LLC (1270), and MDW Shoreview Mezz LLC (3408). The notice address for the Debtors is 9050 N. Capital of Texas Hwy., Bldg. 3 Suite 320, Austin, Texas 78759.

1

317591728v.3

    iii.    Notice of Alternative Equity Restructuring [Docket No. 160; filed July 16, 2025]

    iv.    Notice of Filing Plan Supplement [Docket No. 168; filed July 18, 2025]

    v.    Notice of Filing of Redlines of Second Amended Plan [Docket No. 171; filed July 21, 2025]

    vi.    Debtors' Memorandum of Law in Support of the Disclosure Statement and Confirmation of the Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 172; filed July 21, 2025]

    vii.    Declaration of Monte Lee-Wen in Support of Confirmation of the Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 173; filed July 21, 2025]

    viii.    Declaration of Jamie Chronister in Support of Confirmation of the Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 174; filed July 21, 2025]

<u>Status</u>:    The hearing regarding this matter will go forward.

**2. Debtors' First Amended Disclosure Statement for the First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 152];**

<u>Objection Deadline</u>: July 18, 2025 at 4:00 p.m.

<u>Responses/Objections Received</u>:    None.

<u>Related Documents</u>:

    i.    Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Establishing Plan and Disclosure Statement Objection and Reply Deadlines and Related Procedures, and (III) Approving the Combined Notice [Docket No. 154; filed July 15, 2025]

    ii.    Notice of Alternative Equity Restructuring [Docket No. 160; filed July 16, 2025]

    iii.    Notice of Filing of Redlines of First Amended Plan and First Amended Disclosure Statement [Docket No. 155; filed July 15, 2025]

    iv.    Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 170];

    v.    Notice of Filing of Redlines of Second Amended Plan [Docket No. 171; filed July 21, 2025]

317591728v.3

    vi.    Debtors' Memorandum of Law in Support of the Disclosure Statement and Confirmation of the Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 172; filed July 21, 2025]

    Status:    The hearing regarding this matter will go forward.

3. **Debtors' Emergency Application for Entry of an Order Authorizing the Employment and Retention of HMP Advisory Holdings, LLC, dba Harney Partners, as Financial Advisor to the Debtors [Docket No. 156]; and**

   Objection Deadline: July 22, 2025 at 3:30 p.m.

   Responses/Objections Received:    At the time of this filing, none.

   Related Documents:

       i.    Motion for Emergency Hearing on Debtors' Emergency Application for Entry of an Order Authorizing the Employment and Retention of HMP Advisory Holdings, LLC, dba Harney Partners, as Financial Advisor to the Debtors [Docket No. 157; filed July 16, 2025]

       ii.    Notice of Expedited Hearing [Docket No. 163; filed July 17, 2025]

   Status:    The hearing regarding this matter will go forward.

4. **Debtors' Amended Application for Entry of an Order (I) Authorizing the Debtor to Employ and Retain Troutman Pepper Locke LLP as Their Attorneys Pursuant to 11 U.S.C. § 327(a) *Nunc Pro Tunc*, and (II) Granting Related Relief [Docket No. 134; filed June 18, 2025]**

   Objection Deadline: July 8, 2025

   Responses/Objections Received:    The deadline to respond has expired. No responses or objections were received.

   Status:    A hearing regarding this matter is not required. A proposed order has been uploaded for entry.

**Total Estimated Hearing Time:** 90 Minutes.

3

317591728v.3

| | |
|---|---|
| Dated: July 22, 2025 | **TROUTMAN PEPPER LOCKE LLP**<br><br>*/s/ Stephen J. Humeniuk*<br>Daniel Durell (Tex. Bar No. 24078450)<br>Stephen J. Humeniuk (Tex. Bar No. 24087770)<br>300 Colorado St., Suite 2100<br>Austin, TX 78701<br>T: (512) 305-4700<br>F: (512) 305-4800<br>daniel.durell@troutman.com<br>stephen.humeniuk@troutman.com<br><br>Michael A. Sabino (admitted *pro hac vice*)<br>875 Third Avenue<br>New York, NY 10022<br>T: (212) 704-6000<br>F: (212) 704-6288<br>Email: michael.sabino@troutman.com<br><br>*Proposed Attorneys for Debtors*<br>*and Debtors in Possession* |

317591728v.3

## CERTIFICATE OF SERVICE

       A true and correct copy of the foregoing document was filed with the Court and served electronically on July 22, 2025 upon those parties registered to receive electronic notice via the Court's CM/ECF system, including the parties identified below.

**Debtors**
Shoreview Holding, LLC
PLF Shoreview, LLC
MDW Shoreview, LLC
Shoreview Apartments, LLC
PLF Shoreview Mezz, LLC
MDW Shoreview Mezz, LLC
9050 N. Capital of Texas Hwy.
Bldg. 3, Suite 320
Austin, TX 78759

**U.S. Trustee**
Attn: Shane Tobin
903 San Jacinto Blvd., Room 230
Austin, TX 78701
Shane.P.Tobin@usdoj.gov

**Senior Secured Lender**
Prime Finance Short Duration Holding Company VII, LLC
PFP VII SUB VIII, LLC
c/o Arnold & Porter LLP
Attn: Benjamin Mintz and Justin Imperato
250 West 55th Street
New York, NY 10019
Benjamin.Mintz@arnoldporter.com
Justin.Imperato@arnoldporter.com

**Mezzanine Lender**
PMRP V Holdings, L.L.C.
c/o Haynes & Boone LLP
Attn: Stephen Pezanosky and Jordan Chavez
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201
stephen.pezanosky@haynesboone.com
jordan.chavez@haynesboone.com

**Laura and Paul Feikema; Meisha Wilson**
Elena Paras Ketchum
Harley E. Riedel
Stichter Riedel Blain & Postler
110 E. Madison Street, Suite 200
Tampa, FL 33602-4700
eketchum@srbp.com
hriedel@srbp.com

Jameson Joseph Watts
Husch Blackwell LLP
111 Congress Ave., Suite 1400
Austin, TX 78701
Jameson.watts@huschblacwell.com

**Casoro Group**
Jennifer F. Wertz
Jackson Walker LLP
100 Congress, Suite 1100
Austin, Texas 78701
jwertz@jw.com

J. Machir Stull
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
mstull@jw.com

                                 */s/ Stephen J. Humeniuk*
                                  Stephen J. Humeniuk