**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SHOREVIEW HOLDING, LLC et al.,[1] | ) | Case No. 25-10566 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**JOINDER OF DEBTORS SHOREVIEW HOLDING LLC, MDW SHOREVIEW LLC, AND PLF SHOREVIEW LLC TO PEARLMARK MEZZANINE REALTY PARTNERS V HOLDINGS, LLC'S MOTION TO DISMISS AND OPPOSITION TO GUARANTORS' MOTIONS TO DISMISS**

TO THE HONORABLE SHAD ROBINSON, UNITED STATES BANKRUPTCY JUDGE:

Debtors and debtors-in-possession Shorevie Holdings LLC, MDW Shoreview LLC, and PLF Shoreview LLC (collectively, the "Mortgage Debtors") file this joinder to the following pleadings filed by Pearlmark Mezzanine Realty Partners V Holdings, LLC's:

- *Pearlmark Mezzanine Realty Partners V Holdings, LLC's Motion for Entry of an Order Dismissing Certain of the Debtors' Chapter 11 Cases and Granting Related Relief* [ECF No. 192] (the "Pearlmark MTD");

- *Pearlmark Mezzanine Realty Partners V Holdings, LLC's Response to (I) Interested Parties' Motion to Dismiss the Bankruptcy Cases for Lack of Subject Matter Jurisdiction and (II) Motion of Paul Feikema, Lauren Feikema and Meisha Wilson to Dismiss the Bankruptcy Cases for Lack of Subject Matter Jurisdiction* [ECF No. 211] (the "Pearlmark Response"); and

- *Pearlmark Mezzanine Realty Partners V Holdings, LLC's Reply in Support of its Motion for Entry of an Order Dismissing Certain of the Debtors' Chapter 11 Cases and Granting Related Relief* [ECF No. 215] (the "Pearlmark Reply").

---

[1] The Debtors in these chapter 11 cases pending joint administration and the last four digits of each Debtor's U.S. tax identification number are as follows: Shoreview Holding LLC (8428), PLF Shoreview LLC (7602), MDW Shoreview LLC (8649), Shoreview Apartments LLC (8428), PLF Shoreview Mezz LLC (1270), and MDW Shoreview Mezz LLC (3408). The notice address for the Debtors is 9050 N. Capital of Texas Hwy., Bldg. 3 Suite 320, Austin, Texas 78759.

2

The Mortgage Debtors incorporate by reference and join each of the Pearlmark MTD, the Pearlmark Response, and the Pearlmark Reply, and request that the Court enter an order (i) dismissing the Mortgage Debtors' bankruptcy cases for cause, (ii) denying the motions to dismiss filed by the Guarantors (as defined in the Pearlmark Response, and (iii) granting such further and other relief as the Court deems appropriate under the circumstances.

[*Remainder of page intentionally left blank*]

322002841v1

Dated: November 12, 2025

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Stephen Humeniuk*
Daniel Durell (Tex. Bar No. 24078450)
Stephen J. Humeniuk (Tex. Bar No. 24087770)
300 Colorado St., Suite 2100
Austin, TX 78701
T: (512) 305-4700
F: (512) 305-4800
daniel.durell@troutman.com
stephen.humeniuk@troutman.com

Michael A. Sabino (admitted *pro hac vice*)
875 Third Avenue
New York, NY 10022
T: (212) 704-6000
F: (212) 704-6288
Email: michael.sabino@troutman.com

*Attorneys for Debtors Shoreview Holding LLC, MDW Shoreview LLC, and PLF Shoreview LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify on November 12, 2025, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system, including the parties identified below.

**Debtors**
Shoreview Holding, LLC
PLF Shoreview, LLC
MDW Shoreview, LLC
Shoreview Apartments, LLC
PLF Shoreview Mezz, LLC
MDW Shoreview Mezz, LLC
9050 N. Capital of Texas Hwy.
Bldg. 3, Suite 320
Austin, TX 78759

**U.S. Trustee**
Attn: Shane Tobin
903 San Jacinto Blvd., Room 230
Austin, TX 78701
Shane.P.Tobin@usdoj.gov

**Senior Secured Lender**
Prime Finance Short Duration Holding
Company VII, LLC
PFP VII SUB VIII, LLC
c/o Arnold & Porter LLP
Attn: Benjamin Mintz and Justin Imperato
250 West 55th Street
New York, NY 10019
Benjamin.Mintz@arnoldporter.com
Justin.Imperato@arnoldporter.com

**Warren Dresner, Ryan Webster,
Colin Kilgore, and Justin Hobson**
Bradley J. Purcell
Reed Smith LLP
2850 N. Harwood Street, Suite 1500
Dallas, Texas 75201
bpurcell@reedsmith.com

**Mezzanine Lender**
PMRP V Holdings, L.L.C.
c/o Haynes & Boone LLP
Attn: Stephen Pezanosky and Jordan Chavez
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201
stephen.pezanosky@haynesboone.com
jordan.chavez@haynesboone.com

**Laura and Paul Feikema; Meisha Wilson**
Elena Paras Ketchum
Harley E. Riedel
Stichter Riedel Blain & Postler
110 E. Madison Street, Suite 200
Tampa, FL 33602-4700
eketchum@srbp.com
hriedel@srbp.com

Jameson Joseph Watts
Husch Blackwell LLP
111 Congress Ave., Suite 1400
Austin, TX 78701
Jameson.watts@huschblacwell.com

**Casoro Group**
Jennifer F. Wertz
Jackson Walker LLP
100 Congress, Suite 1100
Austin, Texas 78701
jwertz@jw.com

J. Machir Stull
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
mstull@jw.com


*/s/ Stephen J. Humeniuk*
Stephen J. Humeniuk

322002841v1