**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SHOREVIEW HOLDING LLC, *et al.*,[1] | ) ) | Case No. 25-10566 |
| Debtors. | ) ) ) | (Jointly Administered) |

## **DEBTORS' WITNESS & EXHIBIT LIST**

The above captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby files this its Witness and Exhibit List for the hearing scheduled on **Thursday, November 13, 2025 at 10:00 a.m.**

### **WITNESSES**

The Debtors may call the following witnesses at the Hearing:

1. Any witness listed or called by another party;

2. Rebuttal witnesses as necessary; and

3. Debtors reserve the right to cross-examine any witness called by any other party.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Shoreview Holding LLC (8428), PLF Shoreview LLC (7602), MDW Shoreview LLC (8649), Shoreview Apartments LLC (6780), PLF Shoreview Mezz LLC (1270), and MDW Shoreview Mezz LLC (3408). The notice address for the Debtors is 9050 N. Capital of Texas Hwy., Bldg. 3 Suite 320, Austin, Texas 78759.

322004153v1

**EXHIBITS**

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 1. | Any document or pleading filed in the above-captioned bankruptcy case | | | | | | |
| 2. | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | |
| 3. | Any exhibit identified or offered by any other party | | | | | | |

322004153v1

## **RESERVATION OF RIGHTS**

Debtors reserve the right to call or introduce one or more, or none, of these witnesses and exhibits listed above, and further reserve the right to supplement and/or amend this Witness & Exhibit List prior to the Hearing.

Dated: November 12, 2025       **TROUTMAN PEPPER LOCKE LLP**

*/s/ Stephen J. Humeniuk*
Daniel Durell (Tex. Bar No. 24078450)
Stephen J. Humeniuk (Tex. Bar No. 24087770)
300 Colorado St., Suite 2100
Austin, TX 78701
T: (512) 305-4700
F: (512) 205-4800
daniel.durell@troutman.com
stephen.humeniuk@troutman.com

Michael A. Sabino (admitted *pro hac vice*)
875 Third Avenue
New York, NY 10022
T: (212) 704-6000
F: (212) 704-6288
Email: michael.sabino@troutman.com

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

# **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system, including the parties as set forth below. I further certify that the underlying exhibits have been transmitted by email on November 12, 2025, to the parties on the listed below.

**Debtors**
Shoreview Holding, LLC
PLF Shoreview, LLC
MDW Shoreview, LLC
Shoreview Apartments, LLC
PLF Shoreview Mezz, LLC
MDW Shoreview Mezz, LLC

9050 N. Capital of Texas Hwy.
Bldg. 3, Suite 320
Austin, TX 78759

**U.S. Trustee**
Attn: Shane Tobin
903 San Jacinto Blvd., Room 230
Austin, TX 78701
Shane.P.Tobin@usdoj.gov

**Senior Secured Lender**
Prime Finance Short Duration Holding
Company VII, LLC
c/o Arnold & Porter LLP
Attn: Benjamin Mintz and Justin Imperato
250 West 55th Street
New York, NY 10019
Benjamin.Mintz@arnoldporter.com
Justin.Imperato@arnoldporter.com

**Mezzanine Lender**
PMRP V Holdings, L.L.C.
c/o Haynes & Boone LLP
Attn: Stephen Peznosky and Jordan Chavez
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201
stephen.pezanosky@haynesboone.com
jordan.chavez@haynesboone.com

**Laura and Paul Feikema; Meisha Wilson**
Elena Paras Ketchum
Harley E. Riedel
Stichter Riedel Blain & Postler
110 E. Madison Street, Suite 200
Tampa, FL 33602-4700
eketchum@srbp.com
hriedel@srbp.com

Jameson Joseph Watts
Husch Blackwell LLP
111 Congress Ave, Suite 1400
Austin, TX 78701
jameson.watts@huschblackwell.com

*/s/ Stephen J. Humeniuk*
Stephen J. Humeniuk

322004153v1