## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § § | Case No. 25-10566-smr |
| SHOREVIEW HOLDING LLC, *et al*,[1] | § § | |
| | § | Chapter 11 |
| Debtors. | § | Jointly Administered |

**STIPULATION REGARDING INTERESTED PARTIES' DEADLINE TO RESPOND TO THE FINAL FEE APPLICATION OF TROUTMAN PEPPER LOCKE LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUSNEL FOR THE DEBTORS FOR THE PERIOD OF APRIL 24, 2025 THROUGH OCTOBER 23, 2025**

Paul Feikema, Lauren Feikema, and Meisha Wilson (collectively, "Feikema/Wilson"), and Troutman Pepper Locke LLP ("TPL" and together with Feikema/Wilson, the "Parties") hereby enter into this stipulation (the "Stipulation") as follows:

WHEREAS, on October 28, 2025, TPL filed its *Final Fee Application of Troutman Pepper Locke LLC for Compensation and Reimbursement of Expenses as Counsel for the Debtors for the Period of April 24, 2025 Through October 23, 2025* (the "TPL Final Fee Application");

WHEREAS, the deadline to respond to the TPL Final Fee Application was automatically set as November 18, 2025, pursuant to Bankruptcy Local Rules;

WHEREAS, the Parties have conferred about extending the deadline to respond to the TPL Final Fee Application;

NOW THEREFORE, the Parties hereby stipulate and agree that:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Shoreview Holding LLC (8428), PLF Shoreview LLC (7602), MDW Shoreview LLC (8649), Shoreview Apartments LLC (6780), PLF Shoreview Mezz LLC (1270), and MDW Shoreview Mezz LLC (3408). The notice address for the Debtors is 9050 N. Capital of Texas Hwy., Bldg. 3 Suite 320, Austin, Texas 78759.

1. The deadline for Feikema/Wilson to file any objection to the TPL Final Fee Application shall be December 5, 2025.

2. This Stipulation may not be modified, amended, or vacated other than by a signed writing executed by the Parties.

3. This Stipulation is and shall be binding on the Parties and their successors and assigns.

4. The Court retains exclusive jurisdiction with respect to all matters or disputes arising from or relating to the implementation, interpretation, and enforcement of this Stipulation.

Dated: November 18, 2025

By: /s/ Stephen J. Humeniuk (by permission)
Daniel Durrell (Tex. Bar No. 24078450)
Stephen J. Humeniuk (Tex. Bar No. 24087770)
TROUTMAN PEPPER LOCKE LLP
300 Colorado St., Suite 2100
Austin, Texas 78701
T: (512) 305-4700
F: (512) 305 -4800
Daniel.durrell@troutman.com
Stephen.humeniuk@troutman.com

*Counsel for Debtors*

By: /s/ Elena Paras Ketchum
Harley E. Riedel (Florida Bar No. 183628)
    *pro hac vice*
Elena Paras Ketchum (Florida Bar No. 129267)
    *pro hac vice*
Stichter, Riedel, Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Email: hriedel@srbp.com
    eketchum@srbp.com

- and –

Jameson J. Watts
Texas Bar No. 24079552
Husch Blackwell LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Telephone: (512) 479-1179
Email:  Jameson.watts@huschblackwell.com

***Counsel for Paul Feikema, Lauren Feikema, and Meisha Wilson***

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Stipulation has been served to all counsel of record *via* the court's CM/ECF notification system on November 18, 2025, as indicated below.

                                            /s/ Jameson J. Watts
                                            Jameson J. Watts

| | | |
|---|---|---|
| **Casoro Group, LLC**<br>*Added: 07/14/2025*<br>*(Interested Party)* | represented by | **Jennifer Francine Wertz**<br>Jackson Walker, L.L.P.<br>100 Congress Avenue<br>Suite 1100<br>Austin, TX 78701<br>512-236-2247<br>512-391-2147 (fax)<br>jwertz@jw.com<br>*Assigned: 07/14/25* |
| **Warren Dresner**<br>*Added: 10/09/2025*<br>*(Interested Party)* | | **Bradley J Purcell**<br>Reed Smith, LLP<br>2850 N. Harwood Street<br>Suite 1500<br>Dallas, TX 75201<br>469-680-4200<br>469-680-4299 (fax)<br>bpurcell@reedsmith.com<br>*Assigned: 10/09/25* |
| | represented by | **Anthony J. Napolitano**<br>Buchalter, A Professional Corporation<br>1000 Wilshire Blvd.<br>Ste. 1500<br>Los Angeles, CA 90017<br>213-891-5109<br>213-896-0400 (fax)<br>anapolitano@buchalter.com<br>*Assigned: 11/06/2025* |
| | | **Thomas P. Yardley, Jr**<br>Buchalter, A Professional Corporation<br>180 N. LaSalle St.<br>Suite 3300<br>Chicago, IL 60601<br>312-980-5760<br>tyardley@buchalter.com<br>*Assigned: 11/07/2025* |
| **Laura Feikema**<br>*Added: 05/28/2025*<br>*(Interested Party)* | represented by | **Elena Paras Ketchum**<br>Stichter Riedel Blain & Postler<br>110 E. Madison Street, Suite 200<br>Tampa, FL 33602-4700<br>813-229-0144<br>eketchum@srbp.com<br>*Assigned: 05/29/25* |

| | | |
|---|---|---|
| | | **Harley E. Riedel**<br>Stichter Riedel Blain & Postler<br>110 E. Madison Street, Suite 200<br>Tampa, FL<br>813-229-0144<br>hriedel@srbp.com<br>*Assigned: 05/29/25* |
| | | **Jameson Joseph Watts**<br>Husch Blackwell LLP<br>111 Congress Ave, Suite 1400<br>Austin, TX 78701<br>(512) 479-1179<br>(512) 479-1101 (fax)<br>jameson.watts@huschblackwell.com<br>*Assigned: 05/28/25* |
| **Paul Feikema**<br>*Added: 05/28/2025*<br>*(Interested Party)* | represented by | **Elena Paras Ketchum**<br>Stichter Riedel Blain & Postler<br>110 E. Madison Street, Suite 200<br>Tampa, FL 33602-4700<br>813-229-0144<br>eketchum@srbp.com<br>*Assigned: 05/29/25* |
| | | **Harley E. Riedel**<br>Stichter Riedel Blain & Postler<br>110 E. Madison Street, Suite 200<br>Tampa, FL 33602-4700<br>813-229-0144<br>hriedel@srbp.com<br>*Assigned: 05/29/25* |
| | | **Jameson Joseph Watts**<br>Husch Blackwell LLP<br>111 Congress Ave, Suite 1400<br>Austin, TX 78701<br>(512) 479-1179<br>(512) 479-1101 (fax)<br>jameson.watts@huschblackwell.com<br>*Assigned: 05/28/25* |

| | | |
|---|---|---|
| **Justin Hobson**<br>*Added: 10/09/2025*<br>*(Interested Party)* | represented by | **Bradley J Purcell**<br>Reed Smith, LLP<br>2850 N. Harwood Street, Suite 1500<br>Dallas, TX 75201<br>469-680-4200<br>469-680-4299 (fax)<br>bpurcell@reedsmith.com<br>*Assigned: 10/09/25*<br><br>**Anthony J. Napolitano**<br>Buchalter, A Professional Corporation<br>1000 Wilshire Blvd.<br>Ste. 1500<br>Los Angeles, CA 90017<br>213-891-5109<br>213-896-0400 (fax)<br>anapolitano@buchalter.com<br>*Assigned: 11/06/2025*<br><br>**Thomas P. Yardley, Jr**<br>Buchalter, A Professional Corporation<br>180 N. LaSalle St.<br>Suite 3300<br>Chicago, IL 60601<br>312-980-5760<br>tyardley@buchalter.com<br>*Assigned: 11/07/2025* |

HB: 4920-1566-0155.1

| | | |
|---|---|---|
| **Colin Kilgore**<br>*Added: 10/09/2025*<br>*(Interested Party)* | | **Bradley J Purcell**<br>Reed Smith, LLP<br>2850 N. Harwood Street, Suite 1500<br>Dallas, TX 75201<br>469-680-4200<br>469-680-4299 (fax)<br>bpurcell@reedsmith.com<br>*Assigned: 10/09/25* |
| | represented by | **Anthony J. Napolitano**<br>Buchalter, A Professional Corporation<br>1000 Wilshire Blvd.<br>Ste. 1500<br>Los Angeles, CA 90017<br>213-891-5109<br>213-896-0400 (fax)<br>anapolitano@buchalter.com<br>*Assigned: 11/06/2025* |
| | | **Thomas P. Yardley, Jr**<br>Buchalter, A Professional Corporation<br>180 N. LaSalle St.<br>Suite 3300<br>Chicago, IL 60601<br>312-980-5760<br>tyardley@buchalter.com<br>*Assigned: 11/07/2025* |
| **MDW Shoreview LLC**<br>9050 N.Capital of Texas Hwy<br>Bldg 3 Suite 320<br>Austin, TX 78759<br>Tax ID / EIN: 87-3658649<br>*Added: 05/07/2025*<br>*(JointAdmin Debtor)* | represented by | **Stephen J. Humeniuk**<br>Troutman Pepper Locke LLP<br>300 Colorado St #2100<br>Austin, TX 78701<br>512-305-4838<br>512-305-5800 (fax)<br>stephen.humeniuk@troutman.com<br>*Assigned: 05/07/25* |
| | | **Michael Sabino**<br>Troutman Pepper Locke LLP<br>875 Third Avenue<br>New York, NY 10022<br>212 704-6000<br>michael.sabino@troutman.com<br>*Assigned: 05/08/25* |

HB: 4920-1566-0155.1

| | | |
|---|---|---|
| **MDW Shoreview Mezz LLC**<br>9050 N.Capital of Texas Hwy<br>Bldg 3 Suite 320<br>Austin, TX 78759<br>Tax ID / EIN: 87-3873408<br>*Added: 05/07/2025*<br>*(JointAdmin Debtor)* | represented by | **Stephen J. Humeniuk**<br>Troutman Pepper Locke LLP<br>300 Colorado St #2100<br>Austin, TX 78701<br>512-305-4838<br>512-305-5800 (fax)<br>stephen.humeniuk@troutman.com<br>*Assigned: 05/07/25*<br><br>**Michael Sabino**<br>Troutman Pepper Locke LLP<br>875 Third Avenue<br>New York, NY 10022<br>212 704-6000<br>michael.sabino@troutman.com<br>*Assigned: 05/08/25* |
| **PFP VII SUB VIII, LLC (as successor in interest to Prime Finance Short Duration Holding Company VII, LLC)**<br>*Added: 05/06/2025*<br>*(Creditor)* | represented by | **Justin G. Imperato**<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>212-836-8000<br>Justin.Imperato@arnoldporter.com<br>*Assigned: 05/15/25*<br><br>**Ryan Elliott Manns**<br>Norton Rose Fulbright US LLP<br>2200 Ross Avenue, Ste. 3600<br>Dallas, TX 75201<br>214-855-8000<br>214-855-8200 (fax)<br>ryan.manns@nortonrosefulbright.com<br>*Assigned: 05/06/25*<br><br>**Benjamin G. Mintz**<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>212-836-8000<br>Benjamin.Mintz@arnoldporter.com<br>*Assigned: 05/15/25* |

HB: 4920-1566-0155.1

|  |  |  |
|---|---|---|
|  |  | **Steve A. Peirce**<br>Norton Rose Fulbright US LLP<br>111 W. Houston Street, Suite 1800<br>San Antonio, TX 78205-0001<br>210-270-7179<br>210-270-7205 (fax)<br>steve.peirce@nortonrosefulbright.com<br>*Assigned: 05/06/25* |
| **PLF Shoreview LLC**<br>9050 N.Capital of Texas Hwy<br>Bldg 3 Suite 320<br>Austin, TX 78759<br>Tax ID / EIN: 87-3657602<br>*Added: 05/07/2025*<br>*(JointAdmin Debtor)* | represented by | **Stephen J. Humeniuk**<br>Troutman Pepper Locke LLP<br>300 Colorado St #2100<br>Austin, TX 78701<br>512-305-4838<br>512-305-5800 (fax)<br>stephen.humeniuk@troutman.com<br>*Assigned: 05/07/25* |
|  |  | **Michael Sabino**<br>Troutman Pepper Locke LLP<br>875 Third Avenue<br>New York, NY 10022<br>212 704-6000<br>michael.sabino@troutman.com<br>*Assigned: 05/08/25* |
| **PLF Shoreview Mezz LLC**<br>9050 N.Capital of Texas Hwy<br>Bldg 3 Suite 320<br>Austin, TX 78759<br>Tax ID / EIN: 87-3851270<br>*Added: 05/07/2025*<br>*(JointAdmin Debtor)* | represented by | **Stephen J. Humeniuk**<br>Troutman Pepper Locke LLP<br>300 Colorado St #2100<br>Austin, TX 78701<br>512-305-4838<br>512-305-5800 (fax)<br>stephen.humeniuk@troutman.com<br>*Assigned: 05/07/25* |
|  |  | **Michael Sabino**<br>Troutman Pepper Locke LLP<br>875 Third Avenue<br>New York, NY 10022<br>212 704-6000<br>michael.sabino@troutman.com<br>*Assigned: 05/08/25* |

| | | |
|---|---|---|
| **Pearlmark Mezzanine Realty Partners V Holdings, LLC**<br>*Added: 04/29/2025*<br>*(Creditor)* | represented by | **Stephen M Pezanosky**<br>Haynes and Boone, LLP<br>201 Main Street<br>Suite 2200<br>Fort Worth, TX 76102<br>817-347-6601<br>817-348-2370 (fax)<br>stephen.pezanosky@haynesboone.com<br>*Assigned: 04/29/25* |
| **Prime Finance Short Duration Holding Company VII, LLC**<br>*Added: 04/29/2025*<br>*(Creditor)* | represented by | **Ryan Elliott Manns**<br>Norton Rose Fulbright US LLP<br>2200 Ross Avenue, Ste. 3600<br>Dallas, TX 75201<br>214-855-8000<br>214-855-8200 (fax)<br>ryan.manns@nortonrosefulbright.com<br>*Assigned: 04/29/25* |
| **Shoreview Apartments LLC**<br>9050 N.Capital of Texas Hwy<br>Bldg 3 Suite 320<br>Austin, TX 78759<br>Tax ID / EIN: 87-3176780<br>*Added: 05/07/2025*<br>*(JointAdmin Debtor)* | represented by | **Stephen J. Humeniuk**<br>Troutman Pepper Locke LLP<br>300 Colorado St #2100<br>Austin, TX 78701<br>512-305-4838<br>512-305-5800 (fax)<br>stephen.humeniuk@troutman.com<br>*Assigned: 05/07/25* |
| | | **Michael Sabino**<br>Troutman Pepper Locke LLP<br>875 Third Avenue<br>New York, NY 10022<br>212 704-6000<br>michael.sabino@troutman.com<br>*Assigned: 05/08/25* |
| **Shoreview Holding LLC**<br>9050 N. Capital of Texas Hwy<br>Bldg 3 Suite 320<br>Austin, TX 78759<br>Tax ID / EIN: 87-3168428<br>*Added: 04/24/2025*<br>*(Debtor)* | represented by | **Stephen J. Humeniuk**<br>Troutman Pepper Locke LLP<br>300 Colorado St #2100<br>Austin, TX 78701<br>512-305-4838<br>512-305-5800 (fax)<br>stephen.humeniuk@troutman.com<br>*Assigned: 04/24/25* |

|  |  |  |
|---|---|---|
| | | **Michael Sabino**<br>Troutman Pepper Locke LLP<br>875 Third Avenue<br>New York, NY 10022<br>212 704-6000<br>michael.sabino@troutman.com<br>*Assigned: 05/08/25* |
| **United States Trustee - AU12**<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701<br>(512) 916-5330<br>ustpregion07.au.ecf@usdoj.gov<br>*Added: 04/24/2025*<br>*(U.S. Trustee)* | represented by | **Shane P. Tobin**<br>903 San Jacinto Blvd.<br>Room 230<br>Austin, TX 78701<br>512-916-5348<br>shane.p.tobin@usdoj.gov<br>*Assigned: 04/28/25* |
| | | **Gary W. Wright**<br>DOJ-UST<br>United Sates Trustee's Office<br>903 San Jacinto Blvd. #230<br>Austin, TX 78701<br>512-916-5329<br>gary.wright3@usdoj.gov<br>*Assigned: 07/18/25* |

| | | |
|---|---|---|
| **Ryan Webster**<br>*Added: 10/09/2025*<br>*(Interested Party)* | | **Bradley J Purcell**<br>Reed Smith, LLP<br>2850 N. Harwood Street<br>Suite 1500<br>Dallas, TX 75201<br>469-680-4200<br>469-680-4299 (fax)<br>bpurcell@reedsmith.com<br>*Assigned: 10/09/25* |
| | represented by | **Anthony J. Napolitano**<br>Buchalter, A Professional Corporation<br>1000 Wilshire Blvd.<br>Ste. 1500<br>Los Angeles, CA 90017<br>213-891-5109<br>213-896-0400 (fax)<br>anapolitano@buchalter.com<br>*Assigned: 11/06/2025* |
| | | **Thomas P. Yardley, Jr**<br>Buchalter, A Professional Corporation<br>180 N. LaSalle St.<br>Suite 3300<br>Chicago, IL 60601<br>312-980-5760<br>tyardley@buchalter.com<br>*Assigned: 11/07/2025* |
| **Meisha Wilson**<br>*Added: 05/28/2025*<br>*(Interested Party)* | represented by | **Elena Paras Ketchum**<br>Stichter Riedel Blain & Postler<br>110 E. Madison Street, Suite 200<br>Tampa, FL 33602-4700<br>813-229-0144<br>eketchum@srbp.com<br>*Assigned: 05/30/25* |
| | | **Harley E. Riedel**<br>Stichter Riedel Blain & Postler<br>110 E. Madison Street, Suite 200<br>Tampa, FL<br>813-229-0144<br>hriedel@srbp.com<br>*Assigned: 05/30/25* |

HB: 4920-1566-0155.1

| | | |
|---|---|---|
| | | **Jameson Joseph Watts**<br>Husch Blackwell LLP<br>111 Congress Ave, Suite 1400<br>Austin, TX 78701<br>(512) 479-1179<br>(512) 479-1101 (fax)<br>jameson.watts@huschblackwell.com<br>*Assigned: 05/28/25* |
| **Monte Lee Wen**<br>*Added: 11/11/2025*<br>*(Interested Party)* | represented by | **Alissa M. Nann**<br>Foley & Lardner LLP<br>90 Park Avenue<br>New York, NY 10016<br>212-682-7474<br>anann@foley.com<br>*Assigned: 11/11/2025* |

HB: 4920-1566-0155.1