IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SHOREVIEW HOLDING, LLC et al.,[1] | ) Case No. 25-10566 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### MORTGAGE LENDER'S JOINDER
### TO PEARLMARK'S OBJECTION TO DEBTORS' COUNSEL'S FEE APPLICATION

PFP VII SUB VIII, LLC (the "Mortgage Lender") submits this joinder (this "Joinder") in support of *Pearlmark Mezzanine Realty Partners V Holdings, LLC's Objection to the Final Fee Application of Troutman Pepper Locke LLP for Compensation and Reimbursement of Expenses as Counsel for the Debtors for the Period April 24, 2025 Through October 23, 2025* [ECF No. 243] (the "Objection").[2] In support of this Joinder, the Mortgage Lender respectfully states as follows:

The Mortgage Lender objects to the Fee Application and joins Pearlmark's Objection.

To the extent the Court overrules the Objection and grants the relief sought in the Fee Application, the order approving the Fee Application should make clear: (i) the amount of approved fees and expenses awarded to TPL that are attributable to postpetition services provided by it to the Mezzanine Debtors and, separately, to the PropCo Debtors; (ii) that solely the

---

[1] The Debtors in these chapter 11 cases pending joint administration and the last four digits of each Debtor's U.S. tax identification number are as follows: Shoreview Holding, LLC (8428), PLF Shoreview, LLC (7602), MDW Shoreview, LLC (8649), Shoreview Apartments LLC (8428), PLF Shoreview Mezz LLC (1270), and MDW Shoreview Mezz LLC (3408). The notice address for the Debtors is 9050 N. Capital of Texas Hwy., Bldg. 3 Suite 320, Austin, Texas 78759.

[2] Capitalized terms used but not otherwise defined in this Joinder shall have the same meanings given to them in the Objection.

Mezzanine Debtors shall be responsible for TPL's approved fees and expenses that are attributable to the postpetition services provided by it to the Mezzanine Debtors and that solely the PropCo Debtors shall be responsible for TPL's approved fees and expenses that are attributable to the postpetition services provided by it to the PropCo Debtors; and (iii) that the Mortgage Lender shall have no financial responsibility for TPL's approved fees and expenses, except and solely to the extent of the Carve-Out Balance for Allowed Professional Fees that may be in its possession.

Dated: December 5, 2025

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ Benjamin Mintz
Benjamin Mintz (admitted *pro hac vice*)
Justin Imperato (admitted *pro hac vice*)
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
Email: benjamin.mintz@arnoldporter.com
         justin.imperato@arnoldporter.com

and

**NORTON ROSE FULBRIGHT US LLP**

By: /s/ Steve Peirce
Steve A. Peirce (Tex. Bar No. 15731200)
Frost Tower, 111 W. Houston Street, Suite 1800
San Antonio, TX 78205
Tel: (210) 270-7179
Email: steve.peirce@nortonrosefulbright.com

*Counsel for PFP VII SUB VIII, LLC*

# CERTIFICATE OF SERVICE

I, Steve A. Peirce, hereby certify that on the 5th day of December, 2025 a copy of the foregoing pleading was served via Electronic Case Filing System for the United States Bankruptcy Court for the Western District of Texas and that I have instructed my staff to serve a copy of this pleading on the next business day, the 8th day of December, 2025 via First-Class Mail, postage prepaid, upon the parties listed below.

/s/ Steve A. Peirce
Steve A. Peirce

**Debtors**
Shoreview Holding, LLC, et al.
9050 N. Capital of Texas Hwy.
Bldg. 3, Suite 320
Austin, TX 78759

**Counsel for Debtors:**
Daniel Durell
Stephen J. Humeniuk
Troutman Pepper Locke LLP
300 Colorado St., Suite 2100
Austin, TX 78701

**U.S. Trustee**
Office of the U.S. Trustee
Attn: Shane Tobin
903 San Jacinto Blvd.
Room 230
Austin, TX 78701

**Mezzanine Lender**
PMRP V Holdings, L.L.C.
c/o Haynes & Boone LLP
Attn: Stephen Peznosky and Jordan Chavez
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201

**30 Largest Unsecured Creditors:**
CoStar Realty Information, Inc.
2563 Collection Center Dr.
Chicago, IL 60693

Crown Roofing LLC
240 Field End St
Sarasota, FL 34240

Flanagan Bilton, LLC
1 N La Salle St
Ste 2100
Chicago, IL 60602

Flooring - Sherwin Williams
101 W. Prospect Avenue
Cleveland, OH 44115

FPL Energy Services
PO Box 25426
Miami, FL 33102

Group Fenix LLC
9024 Hogans Bend
Tampa, FL 33647

Investcor Capital, LLC
3001 RR 620 S, Suite #324
Austin, TX 78738

Matrix Turnkey Inc.
PO Box 4124
Brandon, FL 33509

**Senior Secured Lender**
Prime Finance Short Duration Holding
Company VII, LLC
c/o Arnold & Porter LLP
Attn: Benjamin Mintz and Justin Imperato
250 West 55th Street
New York, NY 10019

Casoro Group
9050 N. Capital of Texas Hwy.
Bldg. 3 Suite 320
Austin, TX 78759

Chadwell Supply, Inc.
5115 Joanne Keamy Blvd
Tampa, FL 33619

Cintas Fire Protection
PO Box 636525
Cincinnati, OH 45263-6525

City of Bradenton
Water and Sewer Department
P.O. Box 1339
Bradenton, FL 34206-1339

Right Way Elevator Maintenance
9790 16th Street North St.
Petersburgh, FL 33716

**Appearance Parties:**
Cintas Corporation
c/o Steve Malkiewicz, Bankruptcy Counsel
6800 Cintas Blvd
Mason, OH 45040

Travis County Attorney's Office
Attn: County Attorney
P.O. Box 1748
Austin, TX 78767

Pearlmark Attn: Loan Servicing
200 West Madison Street Suite 2800
Chicago, IL 60606

Lauren Feikema
8820 17th Avenue Circle NW

Michael's Fence
2523 W Knollwood St
Tampa, FL 33614-4373

Precision Gate & Security, Inc.
350 W Venice Ave. #153
Venice, FL 34285

ResProp Management Company, LLC
1101 W. 34th St. #323
Austin, TX 78705

Sapphire Cleaning LLC
1014 24th St E
Palmetto, FL 34221-2733

Valet Living, LLC
Dept #9791
PO Box 850001
Orlando, FL 32885-9791

Ally Waste Services
2509 S. Power Rd. Ste 101
Gilbert, AZ 85296

Tower Compactor Rentals, LLC
6910 E. Chauncey Lane
Suite 130
Phoenix, AZ 85054

Audio Visual Partners LLC
6301 Porter Road
Suite 8
Sarasota, FL 34240

Century / AAA DBA: AAA Supply
590 West 84 Street
Hialeah, FL 33014

Horticultural Management Industries
P.O. Box 1374
Brandon, FL 33509

EPLUS Services LLC
30103 Skylark Drive

Bradenton, FL 34209

Paul Feikema
8820 17th Avenue Circle NW
Bradenton, FL 34209

Margaret Leachman
United States Attorney's Office
903 San Jacinto Blvd. Suite 334
Austin, TX 78701

Ken Paxton
Texas Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Meisha Wilson
1813 Manatee Avenue West
Bradenton, FL 34205

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

Elena Paras Ketchum
Harley E. Riedel
Stichter Riedel Blain & Postler
110 E. Madison Street, Suite 200
Tampa, FL 33602-4700

Internal Revenue Service
P.O. Box 145595
MC 8420G
Cincinnati, OH 45250

Jameson Joseph Watts
Husch Blackwell LLP
111 Congress Ave, Suite 1400
Austin, TX 78701

Equity Yield Group
Attn: Ryan Webster
1570 Indian Creek Road
Marion, IA 52302

Drane & Freyer Limited Attn: Timothy M. Enright

Wesley Chapel, FL 33545

Ryan Webster
1570 Indian Creek Rd.
Marion, IA 52302

Same Day Plumbing & Air
Professional Corp
4813 73rd Street E
Plametto, FL 34221

Sprinklermatic Fire Protection Systems, Inc.
4740 Davie Road
Davie, FL 33314

United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Street Digital Media
1008 Burnside Ln. NW
Atlanta, GA 30318

U.S. Department of Justice – All Divisions
U.S. Attorney, Civil Process Clerk
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216

Superpool Services
P.O. Box 110393
Bradenton, FL 34211

Texas Comptroller of Public Accounts
Revenue Accounting Division Bankruptcy Section
P.O. Box 13528 Capitol Station
Austin, TX 78711

The Sherwin Williams Company
P.O. Box 277499
Atlanta, GA 30384

Texas Department of Revenue
Lyndon B. Johnson State Office Building

| | |
|---|---|
| 200 West Madison Street Suite 2800<br>Chicago, IL 60606 | 111 East 17th Street<br>Austin, TX 78774 |
| Texas Workforce Commission<br>TWC Bldg – Regulatory Integrity Division<br>101 East 15th Street<br>Austin, TX 78778 | WLD Capital LLC<br>1643 Nocatee Dr<br>Miami, FL 33133 |
| Prime Finance Short Duration Holding Company VII, LLC<br>c/o Prime Finance Partners<br>Attn: Steve Gerstung<br>155 N. Wacker Drive Suite 3600<br>Chicago, IL 60606 | PFP VII Sub VIII, LLC<br>c/o Prime Finance Partners<br>Attention: Steve Gerstung<br>155 N. Wacker Drive, Suite 3600<br>Chicago, IL 60606 |
| Pearlmark<br>Attn: Mark Witt<br>200 West Madison Street<br>Suite 2800<br>Chicago, IL 60606 | Bradley J. Purcell<br>REED SMITH LLP<br>2850 N. Harwood Street, Suite 1500<br>Dallas, Texas 75201 |