IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SHOREVIEW HOLDING, LLC et al.,[1] | ) | Case No. 25-10566 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**UNOPPOSED MOTION REQUESTING SPECIAL SETTING FOR
HEARING ON MOTIONS TO DISMISS**
**(Relates to Dkt. Nos. 191, 192, 194, 195, 198, 211, 212, 213, 215, 237, Case No. 25-10567 Dkt. No. 22, Case No. 25-10568 Dkt. No. 22, Case No. 25-10569 Dkt. No. 22, Case No. 25-10570 Dkt. No. 18, Case No. 25-10571 Dkt. No. 18)**

Pearlmark Mezzanine Realty Partners V Holdings, LLC ("Pearlmark") hereby files this Motion Requesting Special Setting for Hearing on the pending motions to dismiss as more fully described below and respectfully states as follows:

1. **Underlying motion**: Various parties (the "Parties") filed different motions to dismiss some or all of the above-captioned jointly administered bankruptcy cases at docket numbers 191, 192, 198, 237 in Case No. 25-10566; 22 in Case No. 25-10567; 22 in Case No. 25-10568; 22 in Case No. 25-10569; 18 in Case No. 25-10570; and 18 in Case No. 25-10571 (collectively, the "Motions To Dismiss").

2. **Certificate of conference**: Pursuant to guidance from the Court's Clerk via email with the Parties' counsel on December 8, 2025, counsel for each of the Parties conferred on December 10, 2025, and counsel for each of the Parties agreed to present the six dates indicated below for the Court's consideration of this motion for special setting of a hearing on the Motions to Dismiss.

3. **Time estimate for hearing**: Counsel for the Parties vary on their estimates for the time required for the hearing with 4.5 hours being the longest estimate provided to the Court's Clerk on December 8, 2025.

4. **Dates/times when all parties are available**: Counsel for the Parties have agreed on the following six dates:
   - Monday, January 5, 2025
   - Tuesday, January 6, 2025
   - Thursday, January 8, 2025

---

[1] The Debtors in these chapter 11 cases pending joint administration and the last four digits of each Debtor's U.S. tax identification number are as follows: Shoreview Holding, LLC (8428), PLF Shoreview, LLC (7602), MDW Shoreview, LLC (8649), Shoreview Apartments LLC (8428), PLF Shoreview Mezz LLC (1270), and MDW Shoreview Mezz LLC (3408) (collectively, the "Debtors"). The notice address for the Debtors is 9050 N. Capital of Texas Hwy., Bldg. 3 Suite 320, Austin, Texas 78759.

- Friday, January 9, 2025
- Monday, January 12, 2025
- Tuesday, January 13, 2025

WHEREFORE, Pearlmark requests that the Motions to Dismiss be given a special setting on this Court's docket.

Dated: December 12, 2025

Respectfully submitted,

*/s/ Stephen M. Pezanosky*
Stephen M. Pezanosky
Texas Bar No. 15881850
Jordan E. Chavez
Texas Bar No. 24109883
**HAYNES AND BOONE, LLP**
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201
Telephone: 214.651.5000
Facsimile: 214.651.5940
Email: stephen.pezanosky@haynesboone.com
Email: jordan.chavez@haynesboone.com

- and -

David Trausch
Texas Bar No. 24113513
**HAYNES AND BOONE, LLP**
1221 McKinney Street, Suite 4000
Houston, TX 77010
Telephone: 713.547.2000
Email: david.trausch@haynesboone.com

**Counsel to Pearlmark Mezzanine Realty Partners V Holdings, LLC**

**Certificate of Service**

I hereby certify that on December 12, 2025, I caused a copy of the foregoing document to be served by electronic mail via CM/ECF to Counsel for each of the Parties entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

*/s/ Stephen M. Pezanosky*
Stephen M. Pezanosky