# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF TEXAS (AUSTIN DIVISION)

|  |  |  |
|---|---|---|
| In Re: | ) | Chapter 11 |
|  | ) |  |
| Shoreview Holding LLC, *et al.*[1] | ) | Case No. 25-10566 |
|  | ) |  |
| Debtors, | ) | Jointly Administered |
|  | ) |  |

## NOTICE OF CONTINUANCE OF HEARING ON MOTIONS TO DISMISS

**PLEASE TAKE NOTICE** that the hearing on the following Motions to Dismiss filed in the above-captioned matters commenced on November 13, 2025, at 10:00 a.m. (CST) before the Honorable Shad M. Robinson, U.S. Bankruptcy Judge, presiding in the Austin Division of the United States Bankruptcy Court for the Western District of Texas:

- *Interested Parties' Motion to Dismiss the Bankruptcy Cases for Lack of Subject Matter Jurisdiction* [Docket No. 191];

- *Pearlmark Mezzanine Realty Partners V Holdings, LLC's Motion for Entry of an Order Dismissing Certain of the Debtors' Chapter 11 Cases and Granting Related Relief* [Docket No. 192]; and

- *Motion of Paul Feikema, Lauren Feikema and Meisha Wilson to Dismiss the Bankruptcy Cases for Lack of Subject Matter Jurisdiction* [Docket No. 198].

**PLEASE TAKE FURTHER NOTICE** that the Court has continued the hearing to January 23, 2025, at 10:00 a.m. (CST). The continued hearing will proceed in a hybrid format, and parties and witnesses may appear via Zoom or in person in Austin Courtroom 1, United States Bankruptcy Court, Austin, Texas, Homer J. Thornberry Federal Judicial Bldg., 903 San Jacinto Blvd., Suite 332, Austin, Texas 78701.

---

[1] The Debtors in these chapter 11 cases pending joint administration and the last four digits of each Debtor's U.S. tax identification number are as follows: Shoreview Holding, LLC (8428), PLF Shoreview, LLC (7602), MDW Shoreview, LLC (8649), Shoreview Apartments LLC (8428), PLF Shoreview Mezz LLC (1270), and MDW Shoreview Mezz LLC (3408) (collectively, the "Debtors"). The notice address for the Debtors is 9050 N. Capital of Texas Hwy., Bldg. 3 Suite 320, Austin, Texas 78759.

**PLEASE TAKE FURTHER NOTICE** that all subpoenas issued for witness testimony in connection with the evidentiary hearing are hereby continued and shall remain in full force and effect for the continued hearing date of January 23, 2025, at 10:00 a.m.

**PLEASE TAKE FURTHER NOTICE THAT** instructions for accessing the virtual courtroom are available at:

*www.txwb.uscourts.gov/sites/txwb/files/Zoom_Video_Hearing_Guide_for_Participants_txwb.pdf*

To minimize technical difficulties, parties are encouraged to utilize telephone landlines rather than computer audio where possible.  Parties who are merely observing should not appear on camera during the proceedings.  Non-Parties may not attend a hearing remotely without prior Court permission.

DATED: January 9, 2025

Respectfully submitted,

By:  */s/ Anthony J. Napolitano*
ANTHONY J. NAPOLITANO (admitted pro hac vice)
**BUCHALTER LLP**
1000 Wilshire Boulevard, 15th Floor
Los Angeles, California 90017
Telephone:  (213) 891-5109
Facsimile:  (213) 896-0400
Email:  anapolitano@buchalter.com

and

THOMAS P. YARDLEY, JR. (admitted pro hac vice)
**BUCHALTER LLP**
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601-2808
Telephone:  (312) 980-5760
tyardley@buchalter.com

*Counsel for Warren Dresner, Justin Hobson,*
*Colin Kilgore, and Ryan Webster*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on January 9, 2025, a true and correct copy of the foregoing *Notice of Continuance of Hearing on Motions to Dismiss* was filed and served electronically via the Court's CM/ECF system upon all parties receiving electronic notice in this case and via U.S. Mail to the following Manual Notice parties:

Justin G. Imperato
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710

Benjamin G. Mintz
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710

Harley E. Riedel
Stichter Riedel Blain & Postler
110 E. Madison Street, Suite 200
Tampa, FL 33602-4718

Michael Sabino
Troutman Pepper Locke LLP
875 Third Avenue
New York, NY 10022

Elena Paras Ketchum
Stichter Riedel Blain & Postler
110 E. Madison Street, Suite 200
Tampa, FL 33602-4700


*/s/ Anthony J. Napolitano*
ANTHONY J. NAPOLITANO

BUCHALTER 107462561v1