**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 18, 2026**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **SHOREVIEW HOLDING LLC, et al.,[1]** | § | **LEAD CASE NO. 25-10566-SMR** |
| | § | |
| | § | |
| | § | |
| **JOINTLY ADMINISTERED** | § | |
| **DEBTORS.** | § | **COMPLEX CHAPTER 11** |

**ORDER SETTING HEARING ON**
**TROUTMAN PEPPER LOCKE LLP'S FEE APPLICATION**
**(Relates to ECF No. 210)**

On May 6, 2026, the Court held a status conference on the Final Fee Application of Troutman Pepper Locke LLP for Compensation and Reimbursement of Expenses (the "Fee Application" at ECF No. 210) via Zoom in the above-captioned case. For the reasons set forth on

---

[1] The jointly administered Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: 25-10566-smr Shoreview Holding LLC (8428); 25-10567-smr Shoreview Apartments LLC (8428); 25-10568-smr PLF Shoreview Mezz LLC (1270); 25-10569-smr MDW Shoreview Mezz LLC (3408); 25-10570-smr MDW Shoreview LLC (8649); and 25-10571-smr PLF Shoreview LLC (7602). The notice address for the Debtors is 9050 N. Capital of Texas Hwy., Bldg. 3 Suite 320, Austin, Texas 78759.

the record at the status conference, the Court now sets a hearing on the Fee Application on June 12, 2026, at 9:30 a.m. (CT) live in Austin Courtroom 1, 903 San Jacinto Blvd., Austin, TX 78701. Accordingly,

**IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

1.      **The Fee Application is set for live hearing on <u>Friday, June 12, 2026, at 9:30 a.m. (CT) live in Austin Courtroom 1</u>**, 903 San Jacinto Blvd., Austin, TX 78701.

2.      The deadline for any party in interest to file pre-hearing briefs on the Fee Application and waiver as it relates to authority to file the bankruptcy petitions is May 26, 2026. The page limit for such pre-hearing briefs is 10 pages, not including the signature page or the certificate of service. Any such pre-hearing brief shall be limited to legal argument only.

3.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

###